ORIGINAL

FILED

08 MAR 18 AM 11: 49

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY____ *CP* ____ DEPUTY

1  ANDREW R. LIVINGSTON (State Bar No. 148646)
   alivingston@orrick.com
2  ERIN M. CONNELL (State Bar No. 223355)
   econnell@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA 94105-2669
5  Telephone:   +1-415-773-5700
   Facsimile:   +1-415-773-5759
6
7  Attorneys for Defendants
   Chase Home Finance, LLC (on behalf of itself and as successor
   in interest to Chase Manhattan Mortgage Corporation) and
8  James Boudreau

9
                    UNITED STATES DISTRICT COURT
10
               SOUTHERN DISTRICT OF CALIFORNIA
11

12
   CHRISTOPHER CLARK and JAMES          Case No. '08 CV 0500 JM RBB
13 RENICK, individuals,
                                        DECLARATION OF ERIN M.
14            Plaintiffs,               CONNELL IN SUPPORT OF
                                        DEFENDANTS' NOTICE OF
15       v.                             REMOVAL

16 CHASE HOME FINANCE, LLC; a Delaware
   LLC doing business in California; CHASE
17 MANHATTAN MORTGAGE
   CORPORATION, a New Jersey corporation
18 doing business in California; JAMES
   BOUDREAU, an individual; and DOES 1-25,
19
              Defendants.
20

21

22

23

24

25

26

27

28

OHS West:260398954.1

1      I, Erin M. Connell, hereby declare:

2      1.      I am a member of the State Bar of California and an associate with the firm

3  of Orrick, Herrington & Sutcliffe LLP, attorneys of record for defendants Chase Home Finance,

4  LLC (on behalf of itself and as successor in interest to Chase Manhattan Mortgage Corporation)

5  and James Boudreau. I make this declaration in support of Defendants' Notice of Removal. The

6  facts set forth in this declaration I know to be true of my own personal knowledge, except where

7  such facts are stated to be based on information and belief, and those facts I believe to be true. If

8  called as a witness I could and would testify competently to the matters set forth in this

9  declaration.

10     2.      Plaintiffs did not complete service on Defendants of their original

11  Complaint. Rather, Plaintiffs' counsel notified defense counsel that they intended to file and

12  serve a First Amended Complaint.

13     3.      Attached as Exhibit A is a true and correct copy of the signed Notice and

14  Acknowledgement of Receipt, confirming that service of the FAC on Defendant Chase Home

15  Finance, LLC was completed on March 11, 2008, pursuant to California Code of Civil Procedure

16  415.30. Plaintiffs did not serve an amended Summons with the FAC.

17     4.      In connection with the preparation of this Notice of Removal, I reviewed

18  the results of a Public Records search for Plaintiff Christopher Clark ("Clark"), which reflect that

19  Clark currently resides, and has continuously resided since the end of his employment with Chase

20  Home Finance LLC, in California.

21     5.      In connection with the preparation of this Notice of Removal, I reviewed

22  the results of a Public Records search for Plaintiff James Renick ("Renick"), which reflect that

23  Renick currently resides, and has continuously resided since the end of his employment with

24  Chase Home Finance LLC, in California.

25     6.      Attached as Exhibit B is a true and correct copy of three letters dated

26  January 9, 2008 and sent by Certified Mail by Plaintiffs' counsel to Defendants purporting to give

27  notice of the alleged California Labor Code violations that form the basis of Plaintiffs' Sixth

28  Cause of Action under California Labor Code Section 2699.

DECLARATION OF ERIN CONNELL IN SUPPORT OF
DEFENDANTS' NOTICE OF REMOVAL

1        7.        Attached as Exhibit C is a true and correct copy of a letter dated

2    February 8, 2008 and sent from the California Labor Workforce Development Agency

3    ("LWDA") to Defendants. The letter references a notice sent by Plaintiffs to the LWDA on

4    January 9, 2008. On that ground, Defendants are informed and believe that Plaintiffs sent notice

5    to the LWDA of the alleged California Labor Code violations that form the basis of Plaintiffs'

6    Sixth Cause of Action under California Labor Code Section 2699 on January 9, 2008.

7

8        Executed on March 17, 2008, in the City of San Francisco State of California.

9        I declare under penalty of perjury under the laws of the State of California and these

10   United States that the foregoing is true and correct.

11                                            _Erin Connell_____
12                                                    Erin M. Connell

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF JAMES BOUDREAU IN SUPPORT
OF DEFENDANTS' NOTICE OF REMOVAL

**EXHIBIT A**

POS-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Gregory A. Douglas, Esq. SBN<br>Walter L. Haines   SBN 71075<br>United Employees Law Group, P.C.<br>65 Pine Ave., Ste. 312<br>Long Beach, CA  90802<br>    TELEPHONE NO.: 562-256-1047    FAX NO. *(Optional):*  562.256-1006<br>  E-MAIL ADDRESS *(Optional):*<br>    ATTORNEY FOR *(Name):* Plaintiff | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** San Diego
  STREET ADDRESS: 220 W. Broadway
  MAILING ADDRESS:
  CITY AND ZIP CODE: San Diego, CA 92101-3409
  BRANCH NAME: Central Division

PLAINTIFF/PETITIONER: Christopher Clark

DEFENDANT/RESPONDENT: Chase Home Finance, LLC

| **NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL** | CASE NUMBER:<br>37-2007-00083776 |
|---|---|

TO *(insert name of party being served):* <u>Chase Home Finance, LLC</u>

---

**NOTICE**

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

---

Date of mailing: February 21, 2008

<u>Christine Agosto</u>                         ▶
        (TYPE OR PRINT NAME)                              (SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of *(to be completed by sender before mailing):*
  1.     A copy of the summons and of the complaint.
  2.   X   Other: *(specify):*  Conformed First Amended Complaint For Damages, Restitution
          and Statutory Penalties

*(To be completed by recipient):*
Date this form is signed:  3/11/08

<u>Andrew Livingston, counsel for Chase Finance LLC</u>        ▶
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,            (SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ON WHOSE BEHALF THIS FORM IS SIGNED)                ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-015 [Rev. January 1, 2005] | **NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL** | Legal<br>Solutions | Page 1 of 1<br>Code of Civil Procedure,<br>§§ 415.30, 417.10 |






*package id*
0026760

*ship date*
Tue, Mar 11

*to*
Gregory Douglas
United Employees Law
Group, P.C.
65 Pine Ave
Ste 312
Long Beach , CA  90802-
4718  US
415-773-5960

*residential address*
No

*return label*
No

*from*
Andrew  Livingston
(010849)
Orrick Herrington & Sutcliffe
LLP
The Orrick Building
405 Howard Street
San Francisco , CA  94105
US
(415) 773-5588

*billing*
JP Morgan Chase &
Company-Christopher
Clark v. Chase
Hom:..ance,
(0006375-002014)

*operator*
Stella Bates
415-773-5960
sbates@orrick.com

*create time*
03/11/08, 3:25PM

*vendor*
FedEx

*tracking number*
790467186897

*service*
FedEx Priority

*packaging*
FedEx Pak

*dimensions*
1.0 LBS

*signature*
Indirect signature - at or
near address

*courtesy quote*
18.12
*The courtesy quote does not
reflect fuel surcharge and does
not necessarily reflect all
accessorial charges.*

*Legal Terms and Conditions*

Tendering packages by using this system constitutes your agreement to the service conditions for the transportation of your shipments as found in the applicable FedEx Service Guide, available upon request. FedEx will not be responsible for any claim in excess of the applicable declared value, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the applicable FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of 100 USD or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is 500 USD, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. FedEx will not be liable for loss or damage to prohibited items in any event or for your acts or omissions, including, without limitation, improper or insufficient packaging, securing, marking or addressing, or the acts or omissions of the recipient or anyone else with an interest in the package. See the applicable FedEx Service Guide for complete terms and conditions. To obtain information regarding how to file a claim or to obtain a Service Guide, please call 1-800-GO-FEDEX (1-800-463-3339).

©2003-2008 Lynch Marks LLC. All rights reserved. PS|Ship™ is a trademark of Lynch Marks LLC.
Other product and company names listed are trademarks or trade names of their respective companies.

 **United Employees Law Group, P.C.**

**January 9th, 2008**

**CERTIFIED MAIL**
James Boudreau
10790 Rancho Bernardo Road
San Diego CA 92127

RE:    Employers Names & Addresses:
        Chase Home Finance LLC, Chase Manhattan Mortgage Corporation, James Boudreau
        10790 Rancho Bernardo Road, San Diego CA 92127
        Violations of Labor Code Sections 1174, 1174.5, 1194, 1197.1, 1198 and 2699, 200, 203, 210,
        218.5, 226(a), 226(e), 226(f), 226(g) 226.7, 510, 512, 558.

Dear Sir or Madam:

This law firm represents Christopher Clark & James Renick, are former employees of the Employers
named above and whose respective business addresses are set forth above.

In compliance with Labor Code § 2699.3(a) (1), and your agency's right to investigate these violations,
this letter shall serve as notice that we are preparing to enforce our clients' right to recover earned, but
unpaid wages; our clients' right to obtain accurate and complete wage statements, compensation for
denied rest periods and meal breaks and our intent to assert all relevant penalties under the Labor Code
including but not limited to §§ 203, 210, 226(f), 558 and 1174.5.

Our client asserts that they were misclassified as an exempt employee and therefore, did not receive
compensation for overtime hours worked in that they worked in excess of 8 hours per day and 40
hours/week on a regular basis while receiving compensation for only eight hours. (Violation of Labor
Code §§ 1194, 1198 and 510). Furthermore our clients' were not permitted meal and rest breaks as
mandated by law during the course of the employment relationship. (Violation of Labor Code §§ 226.7
and 512). Finally, our client asserts they did not receive accurate and complete wage statements, despite
the fact that such statements were requested. (Violation of Labor Code § 1174 and 226(a)).

Pending a full investigation, any later discovered violations may be added which we intend to enforce in
accordance with the Labor Code Private Attorneys General Act of 2004, Labor Code §§ 2698-2699.5.

In view of the duties imposed on your agency and this office by the statutes cited above, please be advised
we will advance our calendar thirty (30) days of the date of this letter.

Sincerely,

*[signature]*

Walter L. Haines
Attorney at Law

cc:    Chase Home Finance LLC, Chase Manhattan Mortgage Corporation, James Boudreau
        10790 Rancho Bernardo Road, San Diego CA 92127
        (Per LC § 2699.3, by Certified Mail)

65 Pine Avenue, #312, Long Beach, California 90802, Phone: (562) 256-1047, Fax: (562) 256-1006

CERTIFIED MAIL™

7007 1490 0002 3343 7800

United Employees Law Group, P.C.
65 Pine Avenue, #312
Long Beach, CA 90802

9212785705 C015

 **United Employees Law Group, P.C.**

)

**January 9th, 2008**

**CERTIFIED MAIL**
Chase Manhattan Mortgage Corporation
10790 Rancho Bernardo Road
San Diego CA 92127

RE:    Employers Names & Addresses:
      Chase Home Finance LLC, Chase Manhat'an Mortgage Corporation, James Boudreau
      10790 Rancho Bernardo Road, San Diego CA 92127
      Violations of Labor Code Sections 1174, 1174.5, 1194, 1197.1, 1198 and 2699, 200, 203, 210,
      218.5, 226(a), 226(e), 226(f), 226(g) 226.7, 510, 512, 558.

Dear Sir or Madam:

This law firm represents Christopher Clark & James Renick, are former employees of the Employers named above and whose respective business addresses are set forth above.

In compliance with Labor Code § 2699.3(a) (1), and your agency's right to investigate these violations, this letter shall serve as notice that we are preparing to enforce our clients' right to recover earned, but unpaid wages; our clients' right to obtain accurate and complete wage statements, compensation for denied rest periods and meal breaks and our intent to assert all relevant penalties under the Labor Code including but not limited to §§ 203, 210, 226(f), 558 and 1174.5.

Our client asserts that they were misclassified as an exempt employee and therefore, did not receive compensation for overtime hours worked in that they worked in excess of 8 hours per day and 40 hours/week on a regular basis while receiving compensation for only eight hours. (Violation of Labor Code §§ 1194, 1198 and 510). Furthermore our clients' were not permitted meal and rest breaks as mandated by law during the course of the employment relationship. (Violation of Labor Code §§ 226.7 and 512). Finally, our client asserts they did not receive accurate and complete wage statements, despite the fact that such statements were requested. (Violation of Labor Code § 1174 and 226(a)).

Pending a full investigation, any later discovered violations may be added which we intend to enforce in accordance with the Labor Code Private Attorneys General Act of 2004, Labor Code §§ 2698-2699.5.

In view of the duties imposed on your agency and this office by the statutes cited above, please be advised we will advance our calendar thirty (30) days of the date of this letter.

Sincerely,

Walter L. Haines
Attorney at Law

cc:    Chase Home Finance LLC, Chase Manhattan Mortgage Corporation, James Boudreau
      10790 Rancho Bernardo Road, San Diego CA 92127
      (Per LC § 2699.3, by Certified Mail)

65 Pine Avenue, #312, Long Beach, California  90802, Phone: (562) 256-1047, Fax: (562) 256-1006

CERTIFIED MAIL

7007 1490 0002 3343 7787

PB87 23841
03.160 JAN 08
LONG BEACH

United Employees Law Group, P.C.
65 Pine Avenue, #312
Long Beach, CA 90802

921273570S C015

 **United Employees Law Group, P.C.**

**January 9th, 2008**

**CERTIFIED MAIL**
Chase Home Finance LLC
10790 Rancho Bernardo Road
San Diego CA 92127

RE:   Employers Names & Addresses:
      Chase Home Finance LLC, Chase Manhattan Mortgage Corporation, James Boudreau
      10790 Rancho Bernardo Road, San Diego CA 92127
      Violations of Labor Code Sections 1174, 1174.5, 1194, 1197.1, 1198 and 2699, 200, 203, 210,
      218.5, 226(a), 226(e), 226(f), 226(g) 226.7, 510, 512, 558.

Dear Sir or Madam:

This law firm represents Christopher Clark & James Renick, are former employees of the Employers
named above and whose respective business addresses are set forth above.

In compliance with Labor Code § 2699.3(a) (1), and your agency's right to investigate these violations,
this letter shall serve as notice that we are preparing to enforce our clients' right to recover earned, but
unpaid wages; our clients' right to obtain accurate and complete wage statements, compensation for
denied rest periods and meal breaks and our intent to assert all relevant penalties under the Labor Code
including but not limited to §§ 203, 210, 226(f), 558 and 1174.5.

Our client asserts that they were misclassified as an exempt employee and therefore, did not receive
compensation for overtime hours worked in that they worked in excess of 8 hours per day and 40
hours/week on a regular basis while receiving compensation for only eight hours. (Violation of Labor
Code §§ 1194, 1198 and 510). Furthermore our clients' were not permitted meal and rest breaks as
mandated by law during the course of the employment relationship. (Violation of Labor Code §§ 226.7
and 512). Finally, our client asserts they did not receive accurate and complete wage statements, despite
the fact that such statements were requested. (Violation of Labor Code § 1174 and 226(a)).

Pending a full investigation, any later discovered violations may be added which we intend to enforce in
accordance with the Labor Code Private Attorneys General Act of 2004, Labor Code §§ 2698-2699.5.

In view of the duties imposed on your agency and this office by the statutes cited above, please be advised
we will advance our calendar thirty (30) days of the date of this letter.

Sincerely,

*Wc J Haines*

Walter L. Haines
Attorney at Law

cc:   Chase Home Finance LLC, Chase Manhattan Mortgage Corporation, James Boudreau
      10790 Rancho Bernardo Road, San Diego CA 92127
      (Per LC § 2699.3, by Certified Mail)

65 Pine Avenue, #312, Long Beach, California 90802, Phone: (562) 256-1047, Fax: (562) 256-1006

CERTIFIED MAIL™

7007 1490 0002 3343 7794

United Employees Law Group, P.C.
65 Pine Avenue, #312
Long Beach, CA 90802

9212735705 0015

**EXHIBIT C**



**Governor**
*Arnold*
*Schwarzenegger*

**Secretary**
*Victoria L. Bradshaw*

Agricultural
Labor
Relations
Board

California
Unemployment
Insurance
Appeals
Board

California
Workforce
Investment
Board

Department of
Industrial
Relations

Economic
Strategy
Panel

Employment
Development
Department

Employment
Training
Panel

# Labor & Workforce Development Agency

Date February 8, 2008

United Employees Law Group, P.C.
65 Pine Avenue, #312
Long Beach, CA 90802

James Boudreau
Chase Home Finance LLC
Chase Manhattan Mortgage Corporation
10790 Rancho Bernardo Road
San Diego, CA 92127

Re:     LWDA No: 3080
        Employer:   Chase Home Finance LLC
        Employee:   Christopher Clark and James Renick

Dear Employer and Representative of the Employee:

This is to inform you that the Labor and Workforce Development Agency (LWDA) received your notice of alleged Labor Code violations pursuant to Labor Code Section 2699, postmarked January 09, 2008 and after review, does not intend to investigate the allegations.

As a reminder to you, the provisions of Labor Code Section 2699(i) provides that "...civil penalties recovered by aggrieved employees shall be distributed as follows: 75 percent to the LWDA for enforcement of labor laws and education of employers and employees about their rights and responsibilities under this code". Labor Code Section 2699(l) specifies "[T]he superior court shall review and approve any penalties sought as part of a proposed settlement agreement pursuant to this part".

Consequently you must advise us of the results of the litigation, and forward a copy of the court judgment or the court-approved settlement agreement.

Sincerely,

*Robert A. Jones*

Robert A. Jones
Deputy Secretary