ORIGINAL

FILED

'08 MAR 18 AM 11: 49

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ (f _____

DEPUTY

1  ANDREW R. LIVINGSTON (State Bar No. 148646)
   alivingston@orrick.com
2  ERIN M. CONNELL (State Bar No. 223355)
   econnell@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA 94105-2669
5  Telephone:   +1-415-773-5700
   Facsimile:   +1-415-773-5759
6
   Attorneys for Defendants
7  Chase Home Finance, LLC (on behalf of itself and as successor
   in interest to Chase Manhattan Mortgage Corporation) and
8  James Boudreau
9
                    UNITED STATES DISTRICT COURT
10
                  SOUTHERN DISTRICT OF CALIFORNIA
11
12                                           '08 CV 0500 JM RBB
   CHRISTOPHER CLARK and JAMES          Case No.
13 RENICK, individuals,
                                         DEFENDANTS' NOTICE OF PARTY
14              Plaintiffs,              WITH FINANCIAL INTEREST
15        v.                            FEDERAL RULE CIV. PROC. 7.1
16 CHASE HOME FINANCE, LLC; a Delaware  LOCAL CIVIL RULE 40.2
   LLC doing business in California; CHASE
17 MANHATTAN MORTGAGE
   CORPORATION, a New Jersey corporation
18 doing business in California; JAMES
   BOUDREAU, an individual; and DOES 1-25,
19
                Defendants.
20
21
22
23
24
25
26
27
28

OHS West:260405005.1

1     Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 40.2, defendant

2    Chase Home Finance, LLC (on behalf of itself and as successor in interest to Chase Manhattan

3    Mortgage Corporation), hereby states:  Defendant Chase Home Finance, LLC is wholly owned by

4    Chase Home Finance, Inc.  Chase Home Finance, Inc. is wholly owned by JPMorgan Chase

5    Bank, National Association.  JPMorgan Chase Bank, National Association is wholly owned by

6    JPMorgan Chase & Co., a publicly traded corporation.

7

8    Dated:  March 17, 2008          ANDREW R. LIVINGSTON
                                ERIN M. CONNELL

9                               ORRICK, HERRINGTON & SUTCLIFFE LLP

10

11                           By: _Erin Connell_____

12                                 Erin M. Connell
                        Attorneys for Chase Home Finance, LLC (on

13                    behalf of itself and as successor in interest to
                    Chase Manhattan Mortgage Corporation) and

14                              James Boudreau

15

16

17

18

19

20

21

22

23

24

25

26

27

28