ANDREW R. LIVINGSTON (State Bar No. 148646)
alivingston@orrick.com
ERIN M. CONNELL (State Bar No. 223355)
econnell@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1-415-773-5700
Facsimile:    +1-415-773-5759

Attorneys for Defendants
Chase Home Finance, LLC (on behalf of itself and as successor
in interest to Chase Manhattan Mortgage Corporation) and
James Boudreau

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER CLARK and JAMES RENICK, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>CHASE HOME FINANCE, LLC; a Delaware LLC doing business in California; CHASE MANHATTAN MORTGAGE CORPORATION, a New Jersey corporation doing business in California; JAMES BOUDREAU, an individual; and DOES 1-25,<br><br>Defendants. | Case No. 08 CV 0500 JM RBB<br><br>**DECLARATION OF SERVICE BY MAIL** |

# DECLARATION OF SERVICE BY MAIL

I am a citizen of the United States, more than eighteen years old and not a party to this action. My business address and place of employment is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, California 94105-2669.

On March 19, 2008, I served upon plaintiffs Christopher Clark and James Renick the following documents:

**CIVIL COVER SHEET**

**NOTICE OF REMOVAL BY DEFENDANTS CHASE HOME FINANCE, LLC, CHASE MANHATTAN MORTGAGE CORPORATION AND JAMES BOUDREAU**

**DECLARATION OF ERIN M. CONNELL IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL**

**DECLARATION OF JAMES BOUDREAU IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL**

**DECLARATION OF HELEN DUBOWY IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL**

**DEFENDANTS' NOTICE OF PARTY WITH FINANCIAL INTEREST**
*[Federal Rule Civ. Proc. 7.1; Local Civil Rule 40.2]*

by placing true and correct copies thereof in a sealed envelope addressed as follows:

> Walter L. Haines
> Gregory A. Douglas
> Angie Phung
> United Employees Law Group, P.C.
> 65 Pine Avenue, #312
> Long Beach, CA 90802

I am employed in the county from which the mailing occurred. On the date indicated above, I placed the sealed envelope for collection and mailing at this firm's office business address indicated above. I am readily familiar with this firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service. Under that

///
///
///
///

practice, the firm's correspondence would be deposited with the United States Postal Service on this same date with postage thereon fully prepaid in the ordinary course of business.

Executed on March 19, 2008, in the City and County of San Francisco, State of California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*Kate Brandt*
Kate Brandt

OHS West:260405598.1                                          - 2 -                          DECLARATION OF SERVICE BY MAIL
                                                                                             (CASE NO. 08 CV 0500 JM RBB)