1  ANDREW R. LIVINGSTON (State Bar No. 148646)
   alivingston@orrick.com
2  ERIN M. CONNELL (State Bar No. 223355)
   econnell@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA 94105-2669
5  Telephone: +1-415-773-5700
   Facsimile: +1-415-773-5759
6
   Attorneys for Defendants
7  Chase Home Finance, LLC (on behalf of itself and as successor
   in interest to Chase Manhattan Mortgage Corporation) and
8  James Boudreau

9                       UNITED STATES DISTRICT COURT
10
                        SOUTHERN DISTRICT OF CALIFORNIA
11

12 | CHRISTOPHER CLARK and JAMES   | Case No. 08 CV 0500 JM RBB
13 | RENICK, individuals,          |
   |                               | **DECLARATION OF SERVICE**
14 |         Plaintiffs,           | **BY HAND**
15 |     v.                        |
16 | CHASE HOME FINANCE, LLC; a Delaware |
   | LLC doing business in California; CHASE |
17 | MANHATTAN MORTGAGE            |
   | CORPORATION, a New Jersey corporation |
18 | doing business in California; JAMES |
   | BOUDREAU, an individual; and DOES 1-25, |
19 |                               |
   |         Defendants.           |
20

21
22
23
24
25
26
27
28

OHS West:260417602.1

## DECLARATION OF SERVICE BY HAND

I am a citizen of the United States, more than eighteen years old and not a party to this action. My business address and place of employment is Beverly Hills Express, World Trade Center, 350 S. Figueroa Street, Suite 196, Los Angeles, California 90071.

On April 8, 2008, I served upon plaintiffs Christopher Clark and James Renick the following documents:

**COVER LETTER**

**DEFENDANTS CHASE HOME FINANCE, LLC, CHASE MANHATTAN MORTGAGE CORPORATION AND JAMES BOUDREAU'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES, RESTITUTION AND STATUTORY PENALTIES**

**NOTICE AND ORDER FOR EARLY NEUTRAL EVALUATION CONFERENCE**

by hand-delivering true and correct copies of these documents to:

> Walter L. Haines
> Gregory A. Douglas
> Angie Phung
> United Employees Law Group, P.C.
> 65 Pine Avenue, #312
> Long Beach, CA 90802

and leaving them with a clerk or other person in charge of the office.

Executed on April 8, 2008, in the City of Long Beach, County of Los Angeles, State of California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
[SIGNATURE]

_____
[PRINT NAME]

OHS West:260417602.1

DECLARATION OF SERVICE BY HAND
(CASE NO. 08 CV 0500 JM RBB)