UNITED EMPLOYEES LAW GROUP, P.C.
Walter L. Haines, Esq. SBN 71075
Steven D. Waisbren, Esq. SBN 116315
Gregory A. Douglas, Esq. SBN 147166
65 Pine Ave., #312
Long Beach, CA 90802
Tel: (562) 256-1047
Fax: (562) 256-1006

Attorneys for Plaintiffs,
Christopher Clark and James Renick

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER CLARK and JAMES RENCIK,<br><br>Plaintiffs,<br><br>vs.<br><br>CHASE HOME FINANCE, LLC; a Delaware Corporation doing business in California; CHASE MANHATTAN MORTGAGE CORPORATION, a New Jersey Corporation doing business in California; JAMES BOUDREAU, an individual; and DOES 1-25,<br><br>Defendant(s). | Case No. 08-CV-0500 JM RBB<br>(San Diego County Superior Court<br>Case No. 37-2007-00883776-CU-OE-CTL)<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO REMAND**<br><br>[Filed concurrently with Plaintiff's Motion to Remand]<br><br>DATE: May 16, 2008<br>TIME: 1:30 p.m.<br>COURTROOM: 16 |

**TO THE HONORABLE COURT, DEFENDANTS CHASE HOME FINANCE LLC, CHASE MANHATTAN MORTGAGE CORPORATION, JAMES BOUDREAU AND TO THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT on May 16, 2008, at 1:30 p.m. or as soon thereafter as counsel may be heard in Courtroom 16 of the above-entitled Court located at 940 Front Street, San Diego, California, Plaintiffs CHRISTOPHER CLARK AND JAMES RENICK, in connection with the hearing on Plaintiff's Motion to Remand, will and hereby do request that the Court take judicial

1

notice of the following documents pursuant to California Evidence Code sections 452(d) and (h) and California Rule of Court 3.1306(c):

Exhibit 1 - Order Remanding case from U.S. District Court, Central District of California to the Superior Court of Los Angeles County in *Kim v. Gallagher Risk Management Services, Inc.*, 07-05846, (September 26, 2007).

Exhibit 2 - Order Remanding case from U.S. District Court, Eastern District Court of California to Sacramento County Superior Court in *Ross v. SGS Testcom, Inc., 08-206*, (April 8, 2008).

Exhibit 3 - Order on Defendant's Motion for Summary Judgment from U.S. District Court, Central District of California in *Williams v. The Home Depot, Inc.*, 07-1925 (January 28, 2008).

Dated: April 17, 2008                    UNITED EMPLOYEES LAW GROUP, P.C.


By: /s/ Gregory A. Douglas
Gregory A. Douglas
Attorneys for Plaintiffs
CHRISTOPHER CLARK and
JAMES RENICK