ANDREW R. LIVINGSTON (State Bar No. 148646)
alivingston@orrick.com
ERIN M. CONNELL (State Bar No. 223355)
econnell@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    +1-415-773-5700
Facsimile:     +1-415-773-5759

Attorneys for Defendants
Chase Home Finance, LLC (on behalf of itself and as successor
in interest to Chase Manhattan Mortgage Corporation) and
James Boudreau

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| CHRISTOPHER CLARK and JAMES RENICK, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>CHASE HOME FINANCE, LLC, a Delaware LLC doing business in California; CHASE MANHATTAN MORTGAGE CORPORATION, a New Jersey corporation doing business in California; JAMES BOUDREAU, an individual; and DOES 1-25,<br><br>Defendants. | Case No.  08 CV 0500 JM RBB<br><br>**DEFENDANTS CHASE HOME FINANCE, LLC, CHASE MANHATTAN MORTGAGE CORPORATION AND JAMES BOUDREAU'S NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO RULE 12(c) OR, IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT PURSUANT TO RULE 56**<br><br>Date:        May 30, 2008<br>Time:        1:30 p.m.<br>Dept.:       16<br>Judge:       The Hon. Jeffrey T. Miller |

1    TO PLAINTIFFS CHRISTOPHER CLARK AND JAMES RENICK AND THEIR

2    ATTORNEYS OF RECORD:

3        PLEASE TAKE NOTICE that on May 30, 2008 at 1:30 p.m., or as soon as this matter

4    may be heard in the above-entitled Court, located at the Edward J. Schwartz U.S. Courthouse,

5    940 Front Street, San Diego, California 92101-8900, before the Honorable Jeffrey T. Miller,

6    Defendants Chase Home Finance, LLC ("Chase") (on behalf of itself and as successor in interest

7    to Chase Manhattan Mortgage Corporation ("Chase Mortgage")) and James Boudreau

8    ("Boudreau") (collectively, "Defendants") will and do hereby move this Court, pursuant to

9    Federal Rule of Civil Procedure 12(c), for judgment on the pleadings in their favor on the First

10   Amended Complaint (the "FAC") of plaintiffs Christopher Clark ("Clark") and James Renick

11   ("Renick") (collectively, "Plaintiffs") and such other relief as may be just.

12       This motion is made on the ground Clark undisputedly released all six of causes of action

13   he asserts in the FAC, as is evident from Exhibit A to Defendants' Answer.  Further, Plaintiffs'

14   third cause of action for statutory penalties for failure to provide accurate itemized wage

15   statements, and Plaintiffs' sixth cause of action for civil penalties under California's Private

16   Attorneys General Act ("PAGA"), are both subject to a one-year statute of limitations, and

17   therefore are time barred.  Accordingly, as is evident from the pleadings alone, from documents

18   incorporated into the pleadings, and from documents properly subject to judicial notice, there is

19   no triable issue of material fact and Defendants are entitled to judgment as a matter of law as to

20   all six of Clark's claims, and as to Clark's and Renick's third and sixth causes of action, as more

21   fully set forth in the accompanying memorandum of points and authorities in support of the

22   motion.

23       PLEASE TAKE FURTHER NOTICE that, on the same date and at the same time,

24   Defendants will and do hereby move in the alternative, pursuant to Federal Rule of Civil

25   Procedure 56, for partial summary judgment of all six of Clark's causes of action, and of Clark's

26   and Renick's third and sixth causes of action.  This alternative motion is made in the event that

27   the Court relies upon extrinsic evidence when ruling on the motion, and is made on the same legal

28   grounds set forth above as to Defendants' motion for judgment on the pleadings, as more fully set

1  forth in the accompanying memorandum of points and authorities in support of the motion.

2      This motion is based on this Notice, the Memorandum of Points and Authorities in

3  Support of the Motion, the accompanying Declaration of Erin M. Connell and exhibits thereto,

4  and the Request for Judicial Notice, all of which are served and filed herewith; the pleadings on

5  file in this action, any matters upon which the Court may or must take judicial notice; any

6  argument presented at the hearing on the motion, and any other matters the Court deems proper.

7  In addition to the documents listed herein, Defendants' alternative motion for partial summary

8  judgment also is based on the Declaration of Janette Gochan and exhibits thereto.

9

10  Dated: April 24, 2008                    ANDREW R. LIVINGSTON
                                             ERIN M. CONNELL
11                                           ORRICK, HERRINGTON & SUTCLIFFE LLP

12

13                                           By:_____/s/_____
                                                      Erin M. Connell
14                                                 Attorneys for Defendants
                                             Chase Home Finance, LLC (on behalf of itself
15                                               and as successor in interest to Chase
                                                 Manhattan Mortgage Corporation)
16                                                    and James Boudreau

17

18

19

20

21

22

23

24

25

26

27

28