ANDREW R. LIVINGSTON (State Bar No. 148646)
alivingston@orrick.com
ERIN M. CONNELL (State Bar No. 223355)
econnell@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   +1-415-773-5700
Facsimile:   +1-415-773-5759

Attorneys for Defendants
Chase Home Finance, LLC (on behalf of itself and as successor
in interest to Chase Manhattan Mortgage Corporation) and
James Boudreau

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER CLARK and JAMES RENICK, individuals,<br><br>               Plaintiffs,<br><br>    v.<br><br>CHASE HOME FINANCE, LLC; a Delaware LLC doing business in California; CHASE MANHATTAN MORTGAGE CORPORATION, a New Jersey corporation doing business in California; JAMES BOUDREAU, an individual; and DOES 1-25,<br><br>               Defendants. | Case No.  08 CV 0500 JM RBB<br><br>**DECLARATION OF ERIN M. CONNELL IN SUPPORT OF DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO RULE 12(c) OR, IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT PURSUANT TO RULE 56**<br><br>Date:     May 30, 2008<br>Time:    1:30 p.m.<br>Dept.:    16<br>Judge:   The Hon. Jeffrey T. Miller |

OHS West:260427267.1

DECLARATION OF ERIN M. CONNELL IN SUPPORT
OF DEFENDANTS' MOTION FOR JUDGMENT ON THE
PLEADINGS (CASE No. 08 CV 0500 JM RBB)

Case 3:08-cv-00500-JM-RBB    Document 13    Filed 04/24/2008    Page 2 of 10

I, Erin M. Connell, hereby declare:

1.  I am a member of the State Bar of California and an associate with the firm of Orrick, Herrington & Sutcliffe LLP, attorneys of record for defendants Chase Home Finance, LLC (on behalf of itself and as successor in interest to Chase Manhattan Mortgage Corporation) and James Boudreau. I make this declaration in support of Defendants' Motion For Judgment On The Pleadings Pursuant To Rule 12(c) Or, In The Alternative, Motion For Partial Summary Judgment Pursuant To Rule 56. The facts set forth in this declaration I know to be true of my own personal knowledge, except where such facts are stated to be based on information and belief, and those facts I believe to be true. If called as a witness I could and would testify competently to the matters set forth in this declaration.

2.  Attached as Exhibit A is a true and correct copy of three letters dated January 9, 2008 and sent by Certified Mail by Plaintiffs' counsel to Defendants purporting to give notice of the alleged California Labor Code violations that form the basis of Plaintiffs' Sixth Cause of Action under California Labor Code Section 2699.

Executed on April 24, 2008, in the City of San Francisco State of California.

I declare under penalty of perjury under the laws of the State of California and these United States that the foregoing is true and correct.

_____
Erin M. Connell

OHS West:260427267.1

DECLARATION OF ERIN M. CONNELL IN SUPPORT OF DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS (CASE NO. 08 CV 0500 JM RBB)

**INDEX OF EXHIBITS**

| No. | Exhibit | Page |
|---|---|---|
| A. | Three letters dated January 9, 2008 and sent by Certified Mail by Plaintiffs' counsel to Defendants purporting to give notice of the alleged California Labor Code violations that form the basis of Plaintiffs' Sixth Cause of Action under California Labor Code Section 2699 | 1 |

OHS West:260427748.1

DECLARATION OF ERIN M. CONNELL IN SUPPORT OF DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS (CASE NO. 08 CV 0500 JM RBB)

# Exhibit A

Case 3:08-cv-00500-JM-RBB     Document 13     Filed 04/24/2008     Page 4 of 10



## United Employees Law Group, P.C.

January 9th, 2008

**CERTIFIED MAIL**
James Boudreau
10790 Rancho Bernardo Road
San Diego CA 92127

RE: Employers Names & Addresses:
Chase Home Finance LLC, Chase Manhattan Mortgage Corporation, James Boudreau
10790 Rancho Bernardo Road, San Diego CA 92127
Violations of Labor Code Sections 1174, 1174.5, 1194, 1197.1, 1198 and 2699, 200, 203, 210, 218.5, 226(a), 226(e), 226(f), 226(g) 226.7, 510, 512, 558.

Dear Sir or Madam:

This law firm represents Christopher Clark & James Renick, are former employees of the Employers named above and whose respective business addresses are set forth above.

In compliance with Labor Code § 2699.3(a) (1), and your agency's right to investigate these violations, this letter shall serve as notice that we are preparing to enforce our clients' right to recover earned, but unpaid wages; our clients' right to obtain accurate and complete wage statements, compensation for denied rest periods and meal breaks and our intent to assert all relevant penalties under the Labor Code including but not limited to §§ 203, 210, 226(f), 558 and 1174.5.

Our client asserts that they were misclassified as an exempt employee and therefore, did not receive compensation for overtime hours worked in that they worked in excess of 8 hours per day and 40 hours/week on a regular basis while receiving compensation for only eight hours. (Violation of Labor Code §§ 1194, 1198 and 510). Furthermore our clients' were not permitted meal and rest breaks as mandated by law during the course of the employment relationship. (Violation of Labor Code §§ 226.7 and 512). Finally, our client asserts they did not receive accurate and complete wage statements, despite the fact that such statements were requested. (Violation of Labor Code § 1174 and 226(a)).

Pending a full investigation, any later discovered violations may be added which we intend to enforce in accordance with the Labor Code Private Attorneys General Act of 2004, Labor Code §§ 2698-2699.5.

In view of the duties imposed on your agency and this office by the statutes cited above, please be advised we will advance our calendar thirty (30) days of the date of this letter.

Sincerely,

Walter L. Haines
Attorney at Law

cc: Chase Home Finance LLC, Chase Manhattan Mortgage Corporation, James Boudreau
10790 Rancho Bernardo Road, San Diego CA 92127
(Per LC § 2699.3, by Certified Mail)

65 Pine Avenue, #312, Long Beach, California 90802, Phone: (562) 256-1047, Fax: (562) 256-1006

Exhibit A
1




 **United Employees Law Group, P.C.**

January 9th, 2008

**CERTIFIED MAIL**
Chase Manhattan Mortgage Corporation
10790 Rancho Bernardo Road
San Diego CA 92127

RE: Employers Names & Addresses:
Chase Home Finance LLC, Chase Manhattan Mortgage Corporation, James Boudreau
10790 Rancho Bernardo Road, San Diego CA 92127
Violations of Labor Code Sections 1174, 1174.5, 1194, 1197.1, 1198 and 2699, 200, 203, 210, 218.5, 226(a), 226(e), 226(f), 226(g) 226.7, 510, 512, 558.

Dear Sir or Madam:

This law firm represents Christopher Clark & James Renick, are former employees of the Employers named above and whose respective business addresses are set forth above.

In compliance with Labor Code § 2699.3(a) (1), and your agency's right to investigate these violations, this letter shall serve as notice that we are preparing to enforce our clients' right to recover earned, but unpaid wages; our clients' right to obtain accurate and complete wage statements, compensation for denied rest periods and meal breaks and our intent to assert all relevant penalties under the Labor Code including but not limited to §§ 203, 210, 226(f), 558 and 1174.5.

Our client asserts that they were misclassified as an exempt employee and therefore, did not receive compensation for overtime hours worked in that they worked in excess of 8 hours per day and 40 hours/week on a regular basis while receiving compensation for only eight hours. (Violation of Labor Code §§ 1194, 1198 and 510). Furthermore our clients' were not permitted meal and rest breaks as mandated by law during the course of the employment relationship. (Violation of Labor Code §§ 226.7 and 512). Finally, our client asserts they did not receive accurate and complete wage statements, despite the fact that such statements were requested. (Violation of Labor Code § 1174 and 226(a)).

Pending a full investigation, any later discovered violations may be added which we intend to enforce in accordance with the Labor Code Private Attorneys General Act of 2004, Labor Code §§ 2698-2699.5.

In view of the duties imposed on your agency and this office by the statutes cited above, please be advised we will advance our calendar thirty (30) days of the date of this letter.

Sincerely,

Walter L. Haines
Attorney at Law

cc: Chase Home Finance LLC, Chase Manhattan Mortgage Corporation, James Boudreau
10790 Rancho Bernardo Road, San Diego CA 92127
(Per LC § 2699.3, by Certified Mail)

65 Pine Avenue, #312, Long Beach, California 90802, Phone: (562) 256-1047, Fax: (562) 256-1006

Exhibit A
3



United Employees Law Group, P.C.
65 Pine Avenue, #312
Long Beach, CA 90802

CERTIFIED MAIL

7007 1490 0002 3343 7787

9212735705 C015

Exhibit A
4

 **United Employees Law Group, P.C.**

January 9th, 2008

**CERTIFIED MAIL**
Chase Home Finance LLC
10790 Rancho Bernardo Road
San Diego CA 92127

RE:  Employers Names & Addresses:
   Chase Home Finance LLC, Chase Manhattan Mortgage Corporation, James Boudreau
   10790 Rancho Bernardo Road, San Diego CA 92127
   Violations of Labor Code Sections 1174, 1174.5, 1194, 1197.1, 1198 and 2699, 200, 203, 210,
   218.5, 226(a), 226(e), 226(f), 226(g) 226.7, 510, 512, 558.

Dear Sir or Madam:

This law firm represents Christopher Clark & James Renick, are former employees of the Employers named above and whose respective business addresses are set forth above.

In compliance with Labor Code § 2699.3(a) (1), and your agency's right to investigate these violations, this letter shall serve as notice that we are preparing to enforce our clients' right to recover earned, but unpaid wages; our clients' right to obtain accurate and complete wage statements, compensation for denied rest periods and meal breaks and our intent to assert all relevant penalties under the Labor Code including but not limited to §§ 203, 210, 226(f), 558 and 1174.5.

Our client asserts that they were misclassified as an exempt employee and therefore, did not receive compensation for overtime hours worked in that they worked in excess of 8 hours per day and 40 hours/week on a regular basis while receiving compensation for only eight hours. (Violation of Labor Code §§ 1194, 1198 and 510). Furthermore our clients' were not permitted meal and rest breaks as mandated by law during the course of the employment relationship. (Violation of Labor Code §§ 226.7 and 512). Finally, our client asserts they did not receive accurate and complete wage statements, despite the fact that such statements were requested. (Violation of Labor Code § 1174 and 226(a)).

Pending a full investigation, any later discovered violations may be added which we intend to enforce in accordance with the Labor Code Private Attorneys General Act of 2004, Labor Code §§ 2698-2699.5.

In view of the duties imposed on your agency and this office by the statutes cited above, please be advised we will advance our calendar thirty (30) days of the date of this letter.

Sincerely,

*[signature]*

Walter L. Haines
Attorney at Law

cc:  Chase Home Finance LLC, Chase Manhattan Mortgage Corporation, James Boudreau
   10790 Rancho Bernardo Road, San Diego CA 92127
   (Per LC § 2699.3, by Certified Mail)

65 Pine Avenue, #312, Long Beach, California  90802, Phone: (562) 256-1047, Fax: (562) 256-1006

