ANDREW R. LIVINGSTON (State Bar No. 148646)
alivingston@orrick.com
ERIN M. CONNELL (State Bar No. 223355)
econnell@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1-415-773-5700
Facsimile: +1-415-773-5759

Attorneys for Defendants
Chase Home Finance, LLC (on behalf of itself and as successor in interest to Chase Manhattan Mortgage Corporation) and James Boudreau

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER CLARK and JAMES RENICK, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>CHASE HOME FINANCE, LLC; a Delaware LLC doing business in California; CHASE MANHATTAN MORTGAGE CORPORATION, a New Jersey corporation doing business in California; JAMES BOUDREAU, an individual; and DOES 1-25,<br><br>Defendants. | Case No. 08 CV 0500 JM RBB<br><br>**DECLARATION OF SERVICE BY ELECTRONIC MAIL** |

# DECLARATION OF SERVICE BY ELECTRONIC MAIL

I am a citizen of the United States, more than eighteen years old and not a party to this action. My business address and place of employment is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, California 94105-2669.

On April 24, 2008, I served electronically upon plaintiffs Christopher Clark and James Renick the following documents:

**DEFENDANTS CHASE HOME FINANCE, LLC, CHASE MANHATTAN MORTGAGE CORPORATION AND JAMES BOUDREAU'S NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO RULE 12(c) OR, IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT PURSUANT TO RULE 56**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS CHASE HOME FINANCE, LLC, CHASE MANHATTAN MORTGAGE CORPORATION AND JAMES BOUDREAU'S MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO RULE 12(C) OR, IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT PURSUANT TO RULE 56**

**DEFENDANTS CHASE HOME FINANCE, LLC, CHASE MANHATTAN MORTGAGE CORPORATION AND JAMES BOUDREAU'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO RULE 12(C) OR, IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT PURSUANT TO RULE 56**

**DECLARATION OF ERIN M. CONNELL IN SUPPORT OF DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO RULE 12(c) OR, IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT PURSUANT TO RULE 56**

**DECLARATION OF JANETTE GOCHAN IN SUPPORT OF DEFENDANTS' ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT PURSUANT TO RULE 56**

by filing them electronically ("e-filing") via the Case Management / Electronic Case Filing system with the United States District Court for the Southern District of California (the "Court") for transmittal to:

        Walter L. Haines
        Gregory A. Douglas
        Angie Phung
        United Employees Law Group, P.C.
        65 Pine Avenue, #312
        Long Beach, CA 90802
        cagosto@unitedemployeeslawgroup.com

  The Court confirmed the successful e-filing of these documents by e-mailing Notices Of Electronic Filing ("Notices") to the parties. True and correct copies of these Notices are attached to this declaration.

  Executed on April 24, 2008, in the City and County of San Francisco, State of California.

  I declare under penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct.

*/s/ Kate Brandt*
Kate Brandt

## Brandt, Kate

| | |
|---|---|
| From: | efile_information@casd.uscourts.gov |
| Sent: | Thursday, April 24, 2008 1:31 PM |
| To: | casd.uscourts.gov@casd.uscourts.gov |
| Subject: | Activity in Case 3:08-cv-00500-JM-RBB Clark v. Chase Home Finance, LLC, et al Motion for Judgment on the Pleadings |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### U.S. District Court

### Southern District of California

## Notice of Electronic Filing

The following transaction was entered by Connell, Erin on 4/24/2008 at 1:30 PM PDT and filed on 4/24/2008

**Case Name:** Clark v. Chase Home Finance, LLC, et al
**Case Number:** 3:08-cv-500
**Filer:** Chase Manhattan Mortgage Corporation
Chase Home Finance, LLC
James Boudreau

**Document Number:** 11

**Docket Text:**
**MOTION for Judgment on the Pleadings** *Pursuant to Rule 12(c) or, in the Alternative, Motion for Partial Summary Judgment Pursuant to Rule 56* **by James Boudreau, Chase Home Finance, LLC, Chase Manhattan Mortgage Corporation. (Connell, Erin)**

**3:08-cv-500 Notice has been electronically mailed to:**

Erin M Connell    econnell@orrick.com, kbrandt@orrick.com

Walter Lewis Haines    cagosto@unitedemployeeslawgroup.com

Andrew R Livingston    alivingston@orrick.com, sbates@orrick.com

**3:08-cv-500 Notice has been delivered by other means to:**

Gregory A Douglas

4/24/2008

Matsuk and Orr
100 Oceangate
Suite 1010
Long Beach, CA 90802

Angie Phung
United Employees Law Group , P.C.
65 Pine Avenue #312
Long Beach, CA 90802

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=4/24/2008] [FileNumber=2557601-0
] [c045e8b55e01eaa378a2d48e098a0922292ac77eaae2e228a95b184b3989a67940b
c22338d5190612167ee1af0d1dbee0eca874416076b2d068f5ad9c42e6875]]

4/24/2008

**Brandt, Kate**

| | |
|---|---|
| From: | efile_information@casd.uscourts.gov |
| Sent: | Thursday, April 24, 2008 1:47 PM |
| To: | casd.uscourts.gov@casd.uscourts.gov |
| Subject: | Activity in Case 3:08-cv-00500-JM-RBB Clark v. Chase Home Finance, LLC, et al Motion for Judgment on the Pleadings |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

Southern District of California

**Notice of Electronic Filing**

The following transaction was entered by Connell, Erin on 4/24/2008 at 1:47 PM PDT and filed on 4/24/2008

**Case Name:**    Clark v. Chase Home Finance, LLC, et al
**Case Number:**  3:08-cv-500
**Filer:**        Chase Manhattan Mortgage Corporation
                  Chase Home Finance, LLC
                  James Boudreau
**Document Number:** 12

**Docket Text:**
**MOTION for Judgment on the Pleadings -** *Memorandum of Points and Authorities in Support of Defendants' Motion for Judgment on the Pleadings or, in the Alternative, Motion for Partial Summary Judgment* **by James Boudreau, Chase Home Finance, LLC, Chase Manhattan Mortgage Corporation. (Connell, Erin)**


**3:08-cv-500 Notice has been electronically mailed to:**

Erin M Connell    econnell@orrick.com, kbrandt@orrick.com

Walter Lewis Haines    cagosto@unitedemployeeslawgroup.com

Andrew R Livingston    alivingston@orrick.com, sbates@orrick.com

**3:08-cv-500 Notice has been delivered by other means to:**

Gregory A Douglas
Matsuk and Orr
100 Oceangate
Suite 1010
Long Beach, CA 90802

Angie Phung
United Employees Law Group , P.C.
65 Pine Avenue #312
Long Beach, CA 90802

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=4/24/2008] [FileNumber=2557662-0
] [b5a4d00258ed8c0de02a81e9352adae1fabd140a0ac73d840c7515e8e9f2ae0f1bb
3ee97ea175f6c2754b951ebf851cd86ac1e74de84e88a6187006cbcdc7dd1]]

4/24/2008

**Brandt, Kate**

| | |
|---|---|
| **From:** | efile_information@casd.uscourts.gov |
| **Sent:** | Thursday, April 24, 2008 1:50 PM |
| **To:** | casd.uscourts.gov@casd.uscourts.gov |
| **Subject:** | Activity in Case 3:08-cv-00500-JM-RBB Clark v. Chase Home Finance, LLC, et al Affidavit in Support of Motion |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

## Southern District of California

### Notice of Electronic Filing

The following transaction was entered by Connell, Erin on 4/24/2008 at 1:50 PM PDT and filed on 4/24/2008

**Case Name:** Clark v. Chase Home Finance, LLC, et al
**Case Number:** 3:08-cv-500
**Filer:** Chase Manhattan Mortgage Corporation
Chase Home Finance, LLC
James Boudreau
**Document Number:** 13

**Docket Text:**
**AFFIDAVIT in Support re [11] MOTION for Judgment on the Pleadings** *Pursuant to Rule 12(c) or, in the Alternative, Motion for Partial Summary Judgment Pursuant to Rule 56 - Declaration of Erin M. Connell* **filed by James Boudreau, Chase Home Finance, LLC, Chase Manhattan Mortgage Corporation. (Connell, Erin)**

**3:08-cv-500 Notice has been electronically mailed to:**

Erin M Connell    econnell@orrick.com, kbrandt@orrick.com

Walter Lewis Haines    cagosto@unitedemployeeslawgroup.com

Andrew R Livingston    alivingston@orrick.com, sbates@orrick.com

**3:08-cv-500 Notice has been delivered by other means to:**

4/24/2008

Gregory A Douglas
Matsuk and Orr
100 Oceangate
Suite 1010
Long Beach, CA 90802

Angie Phung
United Employees Law Group , P.C.
65 Pine Avenue #312
Long Beach, CA 90802

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=4/24/2008] [FileNumber=2557681-0
] [b5d4e92fb4c78bdd1231c3f665b32705ccc0cd612764e6e665b3d0e3a383e74b1ba
9804572d5107a3d9b55d4054fd8cfff9fa5ce471c209e295d0c5aff6e6ea0]]

4/24/2008

## Brandt, Kate

| | |
|---|---|
| **From:** | efile_information@casd.uscourts.gov |
| **Sent:** | Thursday, April 24, 2008 1:53 PM |
| **To:** | casd.uscourts.gov@casd.uscourts.gov |
| **Subject:** | Activity in Case 3:08-cv-00500-JM-RBB Clark v. Chase Home Finance, LLC, et al Affidavit in Support of Motion |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### U.S. District Court

### Southern District of California

## Notice of Electronic Filing

The following transaction was entered by Connell, Erin on 4/24/2008 at 1:53 PM PDT and filed on 4/24/2008

**Case Name:**    Clark v. Chase Home Finance, LLC, et al
**Case Number:**  3:08-cv-500
**Filer:**        Chase Manhattan Mortgage Corporation
                  Chase Home Finance, LLC
                  James Boudreau
**Document Number:** 14

**Docket Text:**
AFFIDAVIT in Support re [11] MOTION for Judgment on the Pleadings *Pursuant to Rule 12(c) or, in the Alternative, Motion for Partial Summary Judgment Pursuant to Rule 56 - Declaration of Janette Gochan* filed by James Boudreau, Chase Home Finance, LLC, Chase Manhattan Mortgage Corporation. (Connell, Erin)


**3:08-cv-500 Notice has been electronically mailed to:**

Erin M Connell     econnell@orrick.com, kbrandt@orrick.com

Walter Lewis Haines     cagosto@unitedemployeeslawgroup.com

Andrew R Livingston     alivingston@orrick.com, sbates@orrick.com

**3:08-cv-500 Notice has been delivered by other means to:**

4/24/2008

Gregory A Douglas
Matsuk and Orr
100 Oceangate
Suite 1010
Long Beach, CA 90802

Angie Phung
United Employees Law Group , P.C.
65 Pine Avenue #312
Long Beach, CA 90802

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=4/24/2008] [FileNumber=2557693-0
] [6f2483e282b11f68a568f75520f1666f0b54f1add6e1686871e698cc828160c1f44
aa7c56a41fd4856c708213642cf910540f1b6095e2472d657a69f2debfc84]]

4/24/2008

**Brandt, Kate**

| | |
|---|---|
| **From:** | efile_information@casd.uscourts.gov |
| **Sent:** | Thursday, April 24, 2008 1:56 PM |
| **To:** | casd.uscourts.gov@casd.uscourts.gov |
| **Subject:** | Activity in Case 3:08-cv-00500-JM-RBB Clark v. Chase Home Finance, LLC, et al Motion for Judgment on the Pleadings |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

## Southern District of California

**Notice of Electronic Filing**

The following transaction was entered by Connell, Erin on 4/24/2008 at 1:55 PM PDT and filed on 4/24/2008

**Case Name:** Clark v. Chase Home Finance, LLC, et al
**Case Number:** 3:08-cv-500
**Filer:** Chase Manhattan Mortgage Corporation
Chase Home Finance, LLC
James Boudreau
**Document Number:** 15

**Docket Text:**
MOTION for Judgment on the Pleadings - *Request for Judicial Notice* by James Boudreau, Chase Home Finance, LLC, Chase Manhattan Mortgage Corporation. (Attachments: # (1) Exhibit Exhibits 1-2, # (2) Exhibit Exhibits 3-8)(Connell, Erin)


**3:08-cv-500 Notice has been electronically mailed to:**

Erin M Connell    econnell@orrick.com, kbrandt@orrick.com

Walter Lewis Haines    cagosto@unitedemployeeslawgroup.com

Andrew R Livingston    alivingston@orrick.com, sbates@orrick.com

**3:08-cv-500 Notice has been delivered by other means to:**

Gregory A Douglas

4/24/2008

Matsuk and Orr
100 Oceangate
Suite 1010
Long Beach, CA 90802

Angie Phung
United Employees Law Group , P.C.
65 Pine Avenue #312
Long Beach, CA 90802

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=4/24/2008] [FileNumber=2557709-0
] [357c1fe1ca8f6d0893e63d006e5ea38bff619e11f72edbd4aca2a9423dcb1dc0c9c
30e2ac6c856ab02975560cbe6bb52e1b61f4550b8395f385c36353c80039c]]
**Document description:** Exhibit Exhibits 1-2
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=4/24/2008] [FileNumber=2557709-1
] [24825da7f811680b7c85dd347876d2e1645f73c126c731e92c861e4a2c5e6851d21
2484cfcf057b35c205df70b66da75c9b4add92377476752ca10fec7e55da1]]
**Document description:** Exhibit Exhibits 3-8
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=4/24/2008] [FileNumber=2557709-2
] [8ec80a7ea2c7070e1bbeb09cd70ca7f93c365555ea7a9454a49cb9d1bf58cb40444
303782568ed0872df9d8f03b5b2e7011a4e35d50eb38b55ffb39163ae30c9]]

4/24/2008