1  ANDREW R. LIVINGSTON (State Bar No. 148646)
   alivingston@orrick.com
2  ERIN M. CONNELL (State Bar No. 223355)
   econnell@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA  94105-2669
5  Telephone:    +1-415-773-5700
   Facsimile:    +1-415-773-5759
6
   Attorneys for Defendants
7  Chase Home Finance, LLC (on behalf of itself and as successor
   in interest to Chase Manhattan Mortgage Corporation) and
8  James Boudreau

9                  UNITED STATES DISTRICT COURT

10              SOUTHERN DISTRICT OF CALIFORNIA

11

12
   CHRISTOPHER CLARK and JAMES        | Case No.  08 CV 0500 JM RBB
13 RENICK, individuals,               |
                                      | **DEFENDANTS CHASE HOME**
14            Plaintiffs,             | **FINANCE, LLC, CHASE**
                                      | **MANHATTAN MORTGAGE**
15       v.                           | **CORPORATION AND JAMES**
                                      | **BOUDREAU'S NOTICE OF MOTION**
16 CHASE HOME FINANCE, LLC, a Delaware| **AND MOTION FOR JUDGMENT ON**
   LLC doing business in California; CHASE | **THE PLEADINGS PURSUANT TO**
17 MANHATTAN MORTGAGE               | **RULE 12(c) OR, IN THE**
   CORPORATION, a New Jersey corporation | **ALTERNATIVE, MOTION FOR**
18 doing business in California; JAMES | **PARTIAL SUMMARY JUDGMENT**
   BOUDREAU, an individual; and DOES 1-25, | **PURSUANT TO RULE 56**
19                                    |
             Defendants.              | Date:      May 30, 2008
20                                    | Time:      1:30 p.m.
                                      | Dept.:     16
21                                    | Judge:     The Hon. Jeffrey T. Miller

22

23

24

25

26

27

28

1    TO PLAINTIFFS CHRISTOPHER CLARK AND JAMES RENICK AND THEIR

2    ATTORNEYS OF RECORD:

3        PLEASE TAKE NOTICE that on May 30, 2008 at 1:30 p.m., or as soon as this matter

4    may be heard in the above-entitled Court, located at the Edward J. Schwartz U.S. Courthouse,

5    940 Front Street, San Diego, California 92101-8900, before the Honorable Jeffrey T. Miller,

6    Defendants Chase Home Finance, LLC ("Chase") (on behalf of itself and as successor in interest

7    to Chase Manhattan Mortgage Corporation ("Chase Mortgage")) and James Boudreau

8    ("Boudreau") (collectively, "Defendants") will and do hereby move this Court, pursuant to

9    Federal Rule of Civil Procedure 12(c), for judgment on the pleadings in their favor on the First

10    Amended Complaint (the "FAC") of plaintiffs Christopher Clark ("Clark") and James Renick

11    ("Renick") (collectively, "Plaintiffs") and such other relief as may be just.

12        This motion is made on the ground Clark undisputedly released all six of causes of action

13    he asserts in the FAC, as is evident from Exhibit A to Defendants' Answer.  Further, Plaintiffs'

14    third cause of action for statutory penalties for failure to provide accurate itemized wage

15    statements, and Plaintiffs' sixth cause of action for civil penalties under California's Private

16    Attorneys General Act ("PAGA"), are both subject to a one-year statute of limitations, and

17    therefore are time barred.  Accordingly, as is evident from the pleadings alone, from documents

18    incorporated into the pleadings, and from documents properly subject to judicial notice, there is

19    no triable issue of material fact and Defendants are entitled to judgment as a matter of law as to

20    all six of Clark's claims, and as to Clark's and Renick's third and sixth causes of action, as more

21    fully set forth in the accompanying memorandum of points and authorities in support of the

22    motion.

23        PLEASE TAKE FURTHER NOTICE that, on the same date and at the same time,

24    Defendants will and do hereby move in the alternative, pursuant to Federal Rule of Civil

25    Procedure 56, for partial summary judgment of all six of Clark's causes of action, and of Clark's

26    and Renick's third and sixth causes of action.  This alternative motion is made in the event that

27    the Court relies upon extrinsic evidence when ruling on the motion, and is made on the same legal

28    grounds set forth above as to Defendants' motion for judgment on the pleadings, as more fully set

OHS West:260427155.1

DEFENDANTS' NOTICE OF MOTION & MOTION FOR
JUDGMENT ON THE PLEADINGS OR FOR PARTIAL
SUMMARY JUDGMENT (No. 08 CV 0500 JM RBB)

1  forth in the accompanying memorandum of points and authorities in support of the motion.

2       This motion is based on this Notice, the Memorandum of Points and Authorities in

3  Support of the Motion, the accompanying Declaration of Erin M. Connell and exhibits thereto,

4  and the Request for Judicial Notice, all of which are served and filed herewith; the pleadings on

5  file in this action, any matters upon which the Court may or must take judicial notice; any

6  argument presented at the hearing on the motion, and any other matters the Court deems proper.

7  In addition to the documents listed herein, Defendants' alternative motion for partial summary

8  judgment also is based on the Declaration of Janette Gochan and exhibits thereto.

9

10  Dated: April 24, 2008                ANDREW R. LIVINGSTON
11                                        ERIN M. CONNELL
                                      ORRICK, HERRINGTON & SUTCLIFFE LLP

12

13                                        By:_____ /s/ Erin M. Connell___
14                                               Erin M. Connell
                                       Attorneys for Defendants
15                            Chase Home Finance, LLC (on behalf of itself
                             and as successor in interest to Chase
16                             Manhattan Mortgage Corporation)
                             and James Boudreau

17

18

19

20

21

22

23

24

25

26

27

28