ANDREW R. LIVINGSTON (State Bar No. 148646)
alivingston@orrick.com
ERIN M. CONNELL (State Bar No. 223355)
econnell@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   +1-415-773-5700
Facsimile:    +1-415-773-5759

Attorneys for Defendants
Chase Home Finance, LLC (on behalf of itself and as successor
in interest to Chase Manhattan Mortgage Corporation) and
James Boudreau

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER CLARK and JAMES RENICK, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>CHASE HOME FINANCE, LLC; a Delaware LLC doing business in California; CHASE MANHATTAN MORTGAGE CORPORATION, a New Jersey corporation doing business in California; JAMES BOUDREAU, an individual; and DOES 1-25,<br><br>Defendants. | Case No.  08 CV 0500 JM RBB<br><br>**DECLARATION OF SERVICE BY ELECTRONIC MAIL** |

## DECLARATION OF SERVICE BY ELECTRONIC MAIL

I am a citizen of the United States, more than eighteen years old and not a party to this action. My business address and place of employment is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, California 94105-2669.

On April 25, 2008, I served electronically upon plaintiffs Christopher Clark and James Renick the following documents:

**DEFENDANTS CHASE HOME FINANCE, LLC, CHASE MANHATTAN MORTGAGE CORPORATION AND JAMES BOUDREAU'S NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO RULE 12(c) OR, IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT PURSUANT TO RULE 56**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS CHASE HOME FINANCE, LLC, CHASE MANHATTAN MORTGAGE CORPORATION AND JAMES BOUDREAU'S MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO RULE 12(C) OR, IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT PURSUANT TO RULE 56**

**DEFENDANTS CHASE HOME FINANCE, LLC, CHASE MANHATTAN MORTGAGE CORPORATION AND JAMES BOUDREAU'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO RULE 12(C) OR, IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT PURSUANT TO RULE 56**

**DECLARATION OF ERIN M. CONNELL IN SUPPORT OF DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO RULE 12(c) OR, IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT PURSUANT TO RULE 56**

**DECLARATION OF JANETTE GOCHAN IN SUPPORT OF DEFENDANTS' ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT PURSUANT TO RULE 56**

by filing them electronically ("e-filing") via the Case Management / Electronic Case Filing system with the United States District Court for the Southern District of California (the "Court") for transmittal to:

Walter L. Haines
Gregory A. Douglas
Angie Phung
United Employees Law Group, P.C.
65 Pine Avenue, #312
Long Beach, CA 90802
cagosto@unitedemployeeslawgroup.com

1  The Court confirmed the successful e-filing of these documents by e-mailing Notices Of
2  Electronic Filing ("Notices") to the parties. True and correct copies of these Notices are attached
3  to this declaration.
4  Executed on April 25, 2008, in the City and County of San Francisco, State of California.
5  I declare under penalty of perjury under the laws of the State of California and of the
6  United States of America that the foregoing is true and correct.

*/s/ Rebecca B. Mance*
Rebecca B. Mance

OHS West:260427641.1

- 2 -

DECLARATION OF SERVICE BY ELECTRONIC MAIL
(CASE NO. 08 CV 0500 JM RBB)