UNITED EMPLOYEES LAW GROUP, P.C.
Walter L. Haines, Esq.  SBN 71075
Steven D. Waisbren, Esq.  SBN 116315
Gregory A. Douglas, Esq. SBN 147166
65 Pine Ave., #312
Long Beach, CA 90802
Tel: (562) 256-1047
Fax: (562) 256-1006

Attorneys for Plaintiffs,
Christopher Clark and James Renick

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER CLARK and JAMES RENCIK<br><br>Plaintiffs,<br><br>vs.<br><br>CHASE HOME FINANCE, LLC; a Delaware Corporation doing business in California; CHASE MANHATTAN MORTGAGE CORPORATION, a New Jersey Corporation doing business in California; JAMES BOUDREAU, an individual; and DOES 1-25,<br><br>Defendant(s). | Case No. 08-CV-0500 JM RBB<br>(San Diego County Superior Court Case No. 37-2007-00883776-CU-OE-CTL)<br><br>STIPULATED EX PARTE APPLICATION FOR ORDER CONTINUING EARLY NEUTRAL EVALUATION CONFERENCE; [PROPOSED] ORDER |

**TO DEFENDANTS CHASE HOME FINANCE LLC, CHASE MANHATTAN MORTGAGE CORPORATION, JAMES BOUDREAU AND TO THEIR ATTORNEYS OF RECORD:**

Pursuant to Local Rule 7.1 and the Notice and Order for Early Neutral Evaluation, the parties jointly request that the Early Neutral Evaluation Conference be continued to a date subsequent to the hearing on Plaintiff's Motion to Remand and Defendant's Motion on the Pleadings or, in the

1

alternative, for Partial Summary Judgment, presently set for hearing on May 16, 2008, and May 30, 2008, respectively.

The current date for the Early Neutral Evaluation (ENE) is April 30, 2008. Extraordinary circumstances as set for above make a continuance of the ENE appropriate. While the parties are certainly fully willing to participate in an effort to resolve this dispute, the current date for the ENE seems to be premature for the reasons set forth above.

This case is at the very early stages. Defendants signed a Notice of Acknowledgment of Receipt of Plaintiff's First Amended Complainant on March 14, 2008. Defendants filed a Notice of Removal on March 18, 2008 and Plaintiffs filed a Motion to Remand on April 21, 2008. Finally, on April 25, 2008, Defendants filed their Motion for Judgment on the Pleadings or in the alternative for Partial Summary Judgment.

Given the pending motions now set before this Court in this matter, it is clear that without a continuance of the ENE, the parties will be participating without a clear understanding which, if any, of the claims will remain in federal court. Based upon the foregoing, the parties will not be able to effectively evaluate their respective positions and a continuance of the ENE by this Court is appropriate.

For the foregoing reasons, it is respectfully submitted that it is appropriate for this Court to continue the ENE currently set for April 30, 2008, at 8:30 a.m.

DATED: April 29, 2008

Respectfully submitted,

UNITED EMPLOYEES LAW GROUP, PC

By: /s/ Gregory A. Douglas
Gregory A. Douglas
Attorneys for Plaintiffs
CHRISTOPHER CLARK and
JAMES RENICK

DATED: April 29, 2008

ORRICK, HERRINGTON & SUTCLIFFE

By: /s/ Erin Connell
Erin M. Connell
Attorneys for Defendants
CHASE HOME FINANCE, CHASE
MANHATTAN MORTGAGE and
JAMES BOUDREAU

The Court having considered the Ex Parte Application of Plaintiff, and good cause appearing therefore, the Early Neutral Evaluation Conference is presently set for April 30, 2008, is vacated. This Court will set a mutually convenient date and time for the ENE.

**IT IS SO ORDERED.**

Dated: April___, 2008

_____
Ruben B. Brooks
United States Magistrate Judge