**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

CLARK v. CHASE HOME FINANCE                Case No. 08CV500 JM(RBB)
                                           **Time Spent: 10 min.**

HON. RUBEN B. BROOKS     CT. DEPUTY VICKY LEE                    Rptr.

                           Attorneys
       Plaintiffs                          Defendants

Gregory Douglas                      Andre Livingston
                                     Erin Connell

PROCEEDINGS:   ___ In Chambers   ___ In Court   X  Telephonic

The parties' Stipulated Ex Parte Application for Order Continuing Early Neutral Evaluation Conference [doc. no. 19] is denied.

A telephonic early neutral evaluation conference was held.

A case management conference and settlement conference is set for August 20, 2008, at 1:30 p.m.

**All parties and counsel shall be present at the conference in Judge Brooks's chambers, 940 Front Street, Room 1185. Parties other than individuals shall bring a non-lawyer representative with complete authority to enter into a binding settlement and a claims adjuster, if appropriate.**

DATE: April 30, 2008           IT IS SO ORDERED:  /s/ Ruben Brooks
                                                  Ruben B. Brooks,
                                                  U.S. Magistrate Judge
cc: Judge Miller                              INITIALS: VL (mg/irc) Deputy
    All Parties of Record