1  ANDREW R. LIVINGSTON (State Bar No. 143646)
   alivingston@orrick.com
2  ERIN M. CONNELL (State Bar No. 223355)
   econnell@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA 94105-2669
5  Telephone:   +1-415-773-5700
   Facsimile:   +1-415-773-5759
6
   Attorneys for Defendants
7  Chase Home Finance, LLC (on behalf of itself and as successor
   in interest to Chase Manhattan Mortgage Corporation) and
8  James Boudreau

9                    UNITED STATES DISTRICT COURT

10                   SOUTHERN DISTRICT OF CALIFORNIA

11

12 | CHRISTOPHER CLARK and JAMES           | Case No. 08 CV 0500 JM RBB
13 | RENICK, individuals,                   |
   |                                        | **DECLARATION OF JAMES BOUDREAU IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO REMAND TO STATE COURT**
14 |           Plaintiffs,                  |
15 |      v.                                |
16 | CHASE HOME FINANCE, LLC; a Delaware    | Date:      May 16, 2008
   | LLC doing business in California; CHASE| Time:      1:30 p.m.
17 | MANHATTAN MORTGAGE                     | Courtroom: 16
   | CORPORATION, a New Jersey corporation  |
18 | doing business in California; JAMES    |
   | BOUDREAU, an individual; and DOES 1-25,|
19 |                                        |
   |           Defendants.                  |
20

21

22

23

24

25

26

27

28

OHS West:260430559.1

1  I, James Boudreau, hereby declare:

2  1. I am an Applications Developer and a current employee of JP Morgan Chase Bank. I am also an individually named defendant in this case. I make this declaration in support of Defendants' Opposition To Plaintiffs' Motion To Remand To State Court. The facts set forth in this declaration I know to be true of my own personal knowledge, except where such facts are stated to be based on information and belief, and those facts I believe to be true. If called as a witness I could and would testify competently to the matters set forth in this declaration.

3  2. I am not (and never have been) a corporate officer or director of Chase Home Finance, LLC, or of Chase Home Mortgage Corporation when that company was in existence.

4  3. During the time that Plaintiffs Christopher Clark and James Renick worked for Chase Home Mortgage Corporation and Chase Home Finance, LLC, I was not their employer. I did not have decision-making responsibility for the compensation policies that governed their employment, nor the determination as to whether or not they were considered exempt employees.

5  4. I am not, and have never been, the alter-ego of Chase Home Mortgage Corporation or Chase Home Finance, LLC. I have never had any commingled funds or other assets with either Company. I have never taken on liability for the debts of Chase Home Mortgage Corporation or Chase Home Finance, LLC, and those companies have never taken on liability for my debts. I am not, and have never been, the equitable owner of Chase Home Mortgage Corporation or Chase Home Finance, LLC.

6  5. Although I was an employee of Chase Home Finance, LLC, and of Chase Home Mortgage Corporation when that company was in existence, I personally have never employed any of the employees of either Company. I also do not have, and have never had, any of my own personal officers or directors.

///
///
///
///
///

OHS West:260430559.1

DECLARATION OF JAMES BOUDREAU IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO REMAND (CASE NO. 08 CV 0500 JM RBB)

6. Neither Chase Home Mortgage Corporation nor Chase Home Finance, LLC is a mere shell or conduit for my affairs. I am not (and have never been) a majority shareholder of Chase Home Mortgage Corporation, Chase Home Finance, LLC, JP Morgan Chase Bank, JP Morgan Chase & Co., or any other parent company to Chase Home Mortgage Corporation or Chase Home Finance, LLC.

Executed on May 1, 2008, in the City of San Diego, State of California.

I declare under penalty of perjury under the laws of the State of California and these United States that the foregoing is true and correct.

*James Boudreau* (signature)
James Boudreau

- 2 -

DECLARATION OF JAMES BOUDREAU IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO REMAND (CASE NO. 08 CV 0500 JM RBB)