1  ANDREW R. LIVINGSTON (State Bar No. 148646)
   alivingston@orrick.com
2  ERIN M. CONNELL (State Bar No. 223355)
   econnell@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA 94105-2669
5  Telephone:  +1-415-773-5700
   Facsimile:  +1-415-773-5759
6
   Attorneys for Defendants
7  Chase Home Finance, LLC (on behalf of itself and as successor
   in interest to Chase Manhattan Mortgage Corporation) and
8  James Boudreau

9
                    UNITED STATES DISTRICT COURT
10
                   SOUTHERN DISTRICT OF CALIFORNIA
11

12
13  CHRISTOPHER CLARK and JAMES          Case No. 08 CV 0500 JM RBB
    RENICK, individuals,
14                                       DECLARATION OF HELEN
            Plaintiffs,                  DUBOWY IN SUPPORT OF
15                                       DEFENDANTS' OPPOSITION TO
         v.                              PLAINTIFFS' MOTION TO
16                                       REMAND TO STATE COURT
    CHASE HOME FINANCE, LLC; a Delaware
17  LLC doing business in California; CHASE   Date:    May 16, 2008
    MANHATTAN MORTGAGE                        Time:    1:30 p.m.
18  CORPORATION, a New Jersey corporation     Courtroom: 16
    doing business in California; JAMES
19  BOUDREAU, an individual; and DOES 1-25,

20          Defendants.

21
22
23
24
25
26
27
28

OHS West:260430571.1

1       I, Helen Dubowy, hereby declare:

2       1.      I am a Human Resources Business Partner for Technology & Operations in Home Lending for JP Morgan Chase Bank. I have supported the Technology Group since March 2006, and have supported the Mortgage Business since July 2004. I began working for the Company in April 1989, and have always worked in a Human Resources role. I make this declaration in support of Defendants' Opposition To Plaintiffs' Motion To Remand To State Court. The facts set forth in this declaration I know to be true of my own personal knowledge, except where such facts are stated to be based on information and belief, and those facts I believe to be true. If called as a witness I could and would testify competently to the matters set forth in this declaration.

        2.      I have reviewed the Employee Records file of Plaintiff Christopher Clark ("Clark") in this action. The documents contained in Clark's file reflect that Clark's employment with Chase ended on July 31, 2005.

        3.      I have reviewed the Employee Records file of Plaintiff James Renick ("Renick") in this action. The documents contained in Renick's file reflect that Renick's employment with Chase ended on April 4, 2005.

        Executed on May _1_, 2008, in the City of Iselin, State of New Jersey.

        I declare under penalty of perjury under the laws of the State of California and these United States that the foregoing is true and correct.

                                        _____
                                        Helen DuBowy

OHS West:260430571.1

DECLARATION OF HELEN DUBOWY IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO REMAND (CASE NO. 08 CV 0500 JM RBB)

Fax:17324528051    May 1 2008 14:59    P.03