```
 1  ANDREW R. LIVINGSTON (State Bar No. 148646)
    alivingston@orrick.com
 2  ERIN M. CONNELL (State Bar No. 223355)
    econnell@orrick.com
 3  ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
 4  405 Howard Street
    San Francisco, CA  94105-2669
 5  Telephone:   +1-415-773-5700
    Facsimile:   +1-415-773-5759
 6
    Attorneys for Defendants
 7  Chase Home Finance, LLC (on behalf of itself and as successor
    in interest to Chase Manhattan Mortgage Corporation) and
 8  James Boudreau
 9
                    UNITED STATES DISTRICT COURT
10
                  SOUTHERN DISTRICT OF CALIFORNIA
11
12
13  CHRISTOPHER CLARK and JAMES        Case No.  08 CV 0500 JM RBB
    RENICK, individuals,
14                                     DECLARATION OF SERVICE
                 Plaintiffs,           BY HAND
15
          v.
16
    CHASE HOME FINANCE, LLC; a Delaware
17  LLC doing business in California; CHASE
    MANHATTAN MORTGAGE
18  CORPORATION, a New Jersey corporation
    doing business in California; JAMES
19  BOUDREAU, an individual; and DOES 1-25,
20              Defendants.
21
22
23
24
25
26
27
28
```

OHS West:260417602.1

DECLARATION OF SERVICE BY HAND
(CASE No. 08 CV 0500 JM RBB)

## DECLARATION OF SERVICE BY HAND

I am a citizen of the United States, more than eighteen years old and not a party to this action. My business address and place of employment is Beverly Hills Express, World Trade Center, 350 S. Figueroa Street, Suite 196, Los Angeles, California 90071.

On May 1, 2008, I served upon plaintiffs Christopher Clark and James Renick the following documents:

**DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFFS' MOTION TO REMAND TO STATE COURT**

**DECLARATION OF ERIN M. CONNELL IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO REMAND TO STATE COURT**

**DECLARATION OF JAMES BOUDREAU IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO REMAND TO STATE COURT**

**DECLARATION OF HELEN DUBOWY IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO REMAND TO STATE COURT**

by hand-delivering true and correct copies of these documents to:

Gregory A. Douglas
United Employees Law Group, P.C.
65 Pine Avenue, #312
Long Beach, CA 90802

and leaving them with a clerk or other person in charge of the office.

Executed on May 1, 2008, in the City of Long Beach, County of Los Angeles, State of California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
[SIGNATURE]

_____
Jason Lomelin
[PRINT NAME]

OHS West:260417602.1

DECLARATION OF SERVICE BY HAND
(CASE NO. 08 CV 0500 JM RBB)