ANDREW R. LIVINGSTON (State Bar No. 148646)
alivingston@orrick.com
ERIN M. CONNELL (State Bar No. 223355)
econnell@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:  +1-415-773-5700
Facsimile:  +1-415-773-5759

Attorneys for Defendants
Chase Home Finance, LLC (on behalf of itself and as successor in interest to Chase Manhattan Mortgage Corporation) and James Boudreau

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER CLARK and JAMES RENICK, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>CHASE HOME FINANCE, LLC; a Delaware LLC doing business in California; CHASE MANHATTAN MORTGAGE CORPORATION, a New Jersey corporation doing business in California; JAMES BOUDREAU, an individual; and DOES 1-25,<br><br>Defendants. | Case No.  08 CV 0500 JM RBB<br><br>**DECLARATION OF SERVICE BY HAND** |

OHS West:260417602.1

DECLARATION OF SERVICE BY HAND
(CASE NO. 08 CV 0500 JM RBB)

## DECLARATION OF SERVICE BY HAND

I am a citizen of the United States, more than eighteen years old and not a party to this action. My business address and place of employment is USA Network, World Trade Center, 350 S. Figueroa Street, Suite 196, Los Angeles, California 90071.

On May 6, 2008, I served upon plaintiffs Christopher Clark and James Renick the following documents:

**EX PARTE APPLICATION OF DEFENDANTS CHASE HOME FINANCE, LLC, CHASE MANHATTAN MORTGAGE CORPORATION AND JAMES BOUDREAU FOR ORDER CONSOLIDATING THE HEARINGS ON PLAINTIFFS' MOTION TO REMAND TO STATE COURT AND DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS; MEMORANDUM OF POINTS AND AUTHORITIES**

**DECLARATION OF ERIN M. CONNELL IN SUPPORT OF DEFENDANTS' EX PARTE APPLICATION FOR ORDER CONSOLIDATING THE HEARINGS ON PLAINTIFFS' MOTION TO REMAND TO STATE COURT AND DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**

**[proposed] ORDER GRANTING EX PARTE APPLICATION OF DEFENDANTS CHASE HOME FINANCE, LLC, CHASE MANHATTAN MORTGAGE CORPORATION AND JAMES BOUDREAU FOR ORDER CONSOLIDATING THE HEARINGS ON PLAINTIFFS' MOTION TO REMAND TO STATE COURT AND DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS *[with cover e-mail to Judge Miller]***

by hand-delivering true and correct copies of these documents to:

>  Gregory A. Douglas
>  United Employees Law Group, P.C.
>  65 Pine Avenue, #312
>  Long Beach, CA 90802

///
///
///
///
///
///
///
///

OHS West:260417602.1

DECLARATION OF SERVICE BY HAND
(CASE NO. 08 CV 0500 JM RBB)

1  and leaving them with a clerk or other person in charge of the office.

2      Executed on May 6, 2008, in the City of Long Beach, County of Los Angeles, State of

3  California.

4      I declare under penalty of perjury under the laws of the State of California that the

5  foregoing is true and correct.

_____
[SIGNATURE]

MOISES ZAZUETA
_____
[PRINT NAME]