# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER CLARK; JAMES RENICK,<br><br>Plaintiffs,<br>vs.<br>CHASE HOME FINANCE, LLC; et al.,<br><br>Defendants. | CASE NO. 08cv0500 JM(RBB)<br><br>ORDER GRANTING APPLICATION FOR CONSOLIDATED HEARING DATE |

For good cause shown the court grants Plaintiffs' application to consolidate for hearing Plaintiff's motion to remand and Defendants' motion for judgment on the pleadings or, alternatively, for partial summary judgment. Both motions will be heard on May 30, 2008 at 1:30 p.m. The parties shall comply with the briefing schedule set forth in the Local Rules.

**IT IS SO ORDERED.**

DATED: May 9, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge

cc:     All parties