1  UNITED EMPLOYEES LAW GROUP, P.C.
   Walter L. Haines, Esq. SBN 71075
2  Gregory A. Douglas, Esq. SBN 147166
   65 Pine Avenue, #312
3  Long Beach, California 90802
   Tel.:  (562) 256-1047
4  Fax:   (562) 256-1006

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER CLARK and JAMES RENICK<br><br>Plaintiff(s),<br><br>vs.<br><br>CHASE HOME FINANCE, LLC; a Delaware Corporation doing business in California; CHASE MANHATTAN MORTGAGE CORPORATION, a New Jersey Corporation doing business in California; JAMES BOUDREAU, an individual; and DOES 1-25,<br>Defendant(s). | Case No. 08-CV-0500 JM RBB<br>(San Diego County Superior Court Case No. 37-2007-00883 776-CU-OE-CTL)<br><br>**DECLARATION OF CHRISTOPHER CLARK IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS, OR IN THE ALTERNATIVE FOR PARTIAL SUMMARY JUDGMENT** |

UNITED EMPLOYEES LAW GROUP PC

1
DECLARATION OF CHRISTOPHER CLARK IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADING OR IN THE ALTERNATIVE MOTION FOR PARTIAL SUMMARY JUDGMENT

## DECLARATION OF CHRISTOPHER

I, CHRISTOPHER CLARK, hereby declare and state as follows:

1. I am a Plaintiff in this action and as such I have personal knowledge of the facts set forth herein. If called upon to testify as a witness, I could and would testify competently thereto.

2. I was employed by Defendants as a Sr. Tech Analyst continuously from around 1997 until on or about July 15, 2005.

3. During my tenure with Defendants I routinely worked in excess of eight (8) hours per day and forty (40) hours per week, all without receiving proper compensation, including without limitation overtime and/or double-time pay.

4. On or about June 15, 2008, I executed a "Release Agreement" ("Agreement") that was provided to me by Defendants, purporting to be a general release of all known and unknown claims that I may have against Defendants.

5. At the time I signed the Agreement, I had no knowledge that I was entitled to the overtime wages I claim in this lawsuit. Accordingly, there was no dispute over wages at the time I executed the agreement.

6. Had I been aware that I was entitled to the overtime wages and penalties that I claim in this lawsuit at the time I executed the Agreement, I would have not executed the Agreement, notwithstanding the inclusion of a severance payment.

I declare under penalty of perjury under the law of the United States of America, that the foregoing is true and correct. Executed this _15_ day of May, 2008, in the City of _San Diego_, California.

CHRISTOPHER CLARK
DECLARANT