| | |
|---|---|
| 1 | ANDREW R. LIVINGSTON (State Bar No. 148646) |
| | alivingston@orrick.com |
| 2 | ERIN M. CONNELL (State Bar No. 223355) |
| | econnell@orrick.com |
| 3 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | The Orrick Building |
| 4 | 405 Howard Street |
| | San Francisco, CA  94105-2669 |
| 5 | Telephone:     +1-415-773-5700 |
| | Facsimile:      +1-415-773-5759 |
| 6 | |
| | Attorneys for Defendants |
| 7 | Chase Home Finance, LLC (on behalf of itself and as successor |
| | in interest to Chase Manhattan Mortgage Corporation) and |
| 8 | James Boudreau |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTOPHER CLARK and JAMES RENICK, individuals, | | Case No.  08 CV 0500 JM RBB |
| | | **CERTIFICATE OF SERVICE BY ELECTRONIC MAIL** |
| Plaintiffs, | | |
| v. | | Date:       May 30, 2008 |
| | | Time:       1:30 p.m. |
| CHASE HOME FINANCE, LLC; a Delaware LLC doing business in California; CHASE MANHATTAN MORTGAGE CORPORATION, a New Jersey corporation doing business in California; JAMES BOUDREAU, an individual; and DOES 1-25, | | Dept.:      16 |
| | | **Judge:    The Hon. Jeffrey T. Miller** |
| Defendants. | | |

///

///

///

///

///

///

///

///

OHS West:260444077.1

CERTIFICATE OF SERVICE BY ELECTRONIC MAIL
(CASE NO. 08 CV 0500 JM RBB)

**CERTIFICATE OF SERVICE BY ELECTRONIC MAIL**

I am a citizen of the United States, more than eighteen years old and not a party to this action. My business address and place of employment is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, California 94105-2669.

On May 22, 20088, I served electronically upon plaintiffs Christopher Clark and James Renick the following documents:

**REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS CHASE HOME FINANCE, LLC, CHASE MANHATTAN MORTGAGE CORPORATION AND JAMES BOUDREAU'S MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO RULE 12(C) OR, IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT PURSUANT TO RULE 56**

by filing them electronically ("e-filing") via the Case Management / Electronic Case Filing system with the United States District Court for the Southern District of California (the "Court") for transmittal to:

> Walter L. Haines
> Gregory A. Douglas
> United Employees Law Group, P.C.
> 65 Pine Avenue, #312
> Long Beach, CA 90802
> cagosto@unitedemployeeslawgroup.com
> gdouglas@hainesfirm.com

The Court confirmed the successful e-filing of these documents by e-mailing Notices Of Electronic Filing ("Notices") to the parties. True and correct copies of these Notices are attached to this declaration.

Also on May 22, 2008 I electronically served upon plaintiffs Christopher Clark and James Renick the following documents:

**ORDER GRANTING DEFENDANTS CHASE HOME FINANCE, LLC, CHASE MANHATTAN MORTGAGE CORPORATION AND JAMES BOURDREAU'S MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO RULE 12 (C) OR, IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT PURSUANT TO RULE 56**

by means of electronic transmission to through my firm's electronic transmission service to:

> Walter L. Haines
> Gregory A. Douglas
> United Employees Law Group, P.C.
> 65 Pine Avenue, #312

1  Long Beach, CA 90802
   cagosto@unitedemployeeslawgroup.com
2  gdouglas@hainesfirm.com

3  Executed on May 22, 2008, in the City and County of San Francisco, State of California.

4  I declare under penalty of perjury under the laws of the State of California and of the

5  United States of America that the foregoing is true and correct.

6

7                                          /s/ *Rebecca B. Mance*
                                           Rebecca B. Mance
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28