1  ANDREW R. LIVINGSTON (State Bar No. 148646)
   alivingston@orrick.com
2  ERIN M. CONNELL (State Bar No. 223355)
   econnell@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA  94105-2669
5  Telephone:   +1-415-773-5700
   Facsimile:   +1-415-773-5759
6
   Attorneys for Defendants
7  Chase Home Finance, LLC (on behalf of itself and as successor
   in interest to Chase Manhattan Mortgage Corporation) and
8  James Boudreau

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER CLARK and JAMES RENICK, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>CHASE HOME FINANCE, LLC; a Delaware LLC doing business in California; CHASE MANHATTAN MORTGAGE CORPORATION, a New Jersey corporation doing business in California; JAMES BOUDREAU, an individual; and DOES 1-25,<br><br>Defendants. | Case No.  08 CV 0500 JM RBB<br><br>**CERTIFICATE OF SERVICE BY ELECTRONIC MAIL**<br><br>Date:      May 30, 2008<br>Time:     1:30 p.m.<br>Dept.:     16<br>**Judge:**   The Hon. Jeffrey T. Miller |

# CERTIFICATE OF SERVICE BY ELECTRONIC MAIL

I am a citizen of the United States, more than eighteen years old and not a party to this action. My business address and place of employment is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, California 94105-2669.

On May 22, 20088, I served electronically upon plaintiffs Christopher Clark and James Renick the following documents:

**DEFENDANTS CHASE HOME FINANCE, LLC, CHASE MANHATTAN MORTGAGE CORPORATION AND JAMES BOUDREAU'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF REPLY MEMORANDUM IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO RULE 12(C) OR, IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT PURSUANT TO RULE 56**

by filing them electronically ("e-filing") via the Case Management / Electronic Case Filing system with the United States District Court for the Southern District of California (the "Court") for transmittal to:

> Walter L. Haines
> Gregory A. Douglas
> United Employees Law Group, P.C.
> 65 Pine Avenue, #312
> Long Beach, CA 90802
> cagosto@unitedemployeeslawgroup.com
> gdouglas@hainesfirm.com

The Court confirmed the successful e-filing of these documents by e-mailing Notices Of Electronic Filing ("Notices") to the parties. True and correct copies of these Notices are attached to this declaration.

_____
Veronica Adelman

## Notices
3:08-cv-00500-JM-RBB Clark v. Chase Home Finance, LLC, et al

### U.S. District Court

### Southern District of California

## Notice of Electronic Filing

The following transaction was entered by Connell, Erin on 5/22/2008 at 5:42 PM PDT and filed on 5/22/2008

**Case Name:**           Clark v. Chase Home Finance, LLC, et al
**Case Number:**      3:08-cv-500
**Filer:**
**Document Number:** 35

**Docket Text:**
NOTICE re [34] Reply to Response to Motion, *DEFENDANTS CHASE HOME FINANCE, LLC, CHASE MANHATTAN MORTGAGE CORPORATION AND JAMES BOUDREAU'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF REPLY MEMORANDUM IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO RULE 12 (C) OR, IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT PURSUANT TO RULE 56* (Attachments: # (1) Exhibit A)(Connell, Erin)

**3:08-cv-500 Notice has been electronically mailed to:**

Erin M Connell     econnell@orrick.com, kbrandt@orrick.com

Gregory A Douglas     gdouglas@hainesfirm.com

Walter Lewis Haines     cagosto@unitedemployeeslawgroup.com

Andrew R Livingston     alivingston@orrick.com, sbates@orrick.com

**3:08-cv-500 Notice has been delivered by other means to:**

Angie Phung
United Employees Law Group , P.C.
65 Pine Avenue #312
Long Beach, CA 90802

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a

**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=5/22/2008] [FileNumber=2613864-0
] [251881b39bc7236f0bb9a67f668dde8c3399ff9098374419fb050f3e667ebef1dce
3a284f3c86c08270fea8604fbe290119562cb2b7ec623107769ce25dbe163]]
**Document description:**Exhibit A
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=5/22/2008] [FileNumber=2613864-1
] [5163278887454ac0a278e7ea5d5f9f789d114783110ac85f36bef1a5ec983e30587
7cfa8c6dd707c844c0b4451195a7df1e3d1e372997fdd118f648473ea1c5e]]