**UNITED EMPLOYEES LAW GROUP, P.C.**
Walter L. Haines, Esq. SBN 71075
Gregory A. Douglas, Esq. SBN 147166
65 Pine Ave ., #312
Long Beach, California  90802
Tel.:   (562) 256-1047
Fax:    (562) 256-1006

Attorneys for Plaintiffs, CHRISTOPHER CLARK & JAMES RENICK

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTOPHER CLARK and JAMES RENICK, individualS,** | Case #: 08-CV-0500 JM RBB |
| **Plaintiff,** | PROOF OF SERVICE |
| **Vs.** | |
| **CHASE HOME FINANCE, LLC, et al.** | |
| **Defendant(s).** | |

   I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and Am not a party to the within action.  My business address is 65 Pine Ave., Suite 312, Long Beach, CA 90802.

   On the date set forth below, I served the foregoing documents described as:

**INITIAL DISCLOSURES OF PLAINTIFF'S CHRISTOPHER CLARK AND JAMES RENICK**

Andrew R. Livingston
Orrick, Herrington & Sutcliffe, LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669

*VIA E-FILING*:  I am readily familiar with the business practice of this office for

-1-
_____
PROOF OF SERVICE

collection and processing of correspondence for mailing with the United States Postal Service. Pursuant to that practice, the above-referenced document(s) would be deposited with the United States Postal Service, first class, postage prepaid, in the ordinary course of business, on this date. The above Referenced document(s) were sealed and placed for collection and mailing with this office's First Class Postage Prepaid Mail on this date, at my above address in accordance with the ordinary office practice. I declare under penalty of perjury under the laws of the State of California and the United States that the Above is true and correct. Executed at Los Angeles County, California on August 19, 2008

_____
CATALINA DURAN

-2-
_____
PROOF OF SERVICE