## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

CLARK v. CHASE HOME FINANCE                           Case No. 08CV500 JM(RBB)
                                                     **Time Spent: 2 hours 50 min.**

HON. RUBEN B. BROOKS        CT. DEPUTY VICKY LEE                      Rptr.

                              Attorneys
         Plaintiffs                              Defendants

Veronica Aguilar (present)              Erin Connell (present)


PROCEEDINGS:   X   In Chambers      ___   In Court      ___   Telephonic

A case management conference and settlement conference were held.

A telephonic attorneys-only settlement conference is set for November 18, 2008, at 8:30 a.m.

Counsel for Plaintiffs is to initiate the call.


DATE: August 20, 2008           IT IS SO ORDERED:    /s/ Ruben Brooks
                                                     Ruben B. Brooks,
                                                     U.S. Magistrate Judge
cc:  Judge Miller                                INITIALS: VL (mg/irc) Deputy
     All Parties of Record

K:\COMMON\BROOKS\CASES\CLARK0500\Minutes02.wpd