UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER CLARK and JAMES RENICK, individuals,<br><br>            Plaintiffs,<br><br>v.<br><br>CHASE HOME FINANCE, LLC, a Delaware LLC doing business in California; CHASE MANHATTAN MORTGAGE CORPORATION, a New Jersey corporation doing business in California; JAMES BOUDREAU, an individual; DOES 1-25,<br><br>            Defendants. | Civil No. 08cv0500 JM(RBB)<br><br>ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE |

    On August 20, 2008, the Court held an early neutral evaluation conference in the above-entitled action. Settlement could not be reached in the case.

    The Court discussed compliance with rule 26 of the Federal Rules of Civil Procedure and issues the following orders:

    1. No objections were presented to initial disclosure under Federal Rule of Civil Procedure, rule 26(a)(1)(A-D). The parties are ordered to proceed with the initial disclosure process. Any

1  objections to initial disclosure will be resolved as required by
2  rule 26.
3       2.  No discovery plan is required.
4       3.  The initial disclosures pursuant to rule 26(a)(1)(A-D)
5  shall occur on or before September 5, 2008.
6       4.  Counsel shall participate telephonically on November 18,
7  2008, at 8:30 a.m. in the chambers of United States Magistrate
8  Judge Ruben B. Brooks, U.S. Courts Building, 940 Front Street, Room
9  1185, San Diego, California, 92101-8926, (619) 557-3404 in a
10 further settlement conference.  Counsel for Plaintiff is to
11 initiate the conference call.
12      Plaintiff's(s') counsel shall serve a copy of this order on
13 all parties that enter this case after the date of this order.
14      Failure of any counsel or party to comply with this order may
15 result in sanctions.
16      IT IS SO ORDERED.
17
18 DATED: August 20, 2008
   Ruben B. Brooks
19 United States Magistrate Judge
20 cc:
   Judge Miller
21 All Parties of Record