# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER CLARK, JAMES RENICK, and VICTOR WHITAKER individuals<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>CHASE HOME FINANCE, LLC a Delaware LLC doing business in California; CHASE MANHATTAN MORTGAGE CORPORATION, a New Jersey corporation doing business in California; and DOES 1-25,<br><br>　　　　Defendant(s). | Case No.   08 CV 0500 JM RBB<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE AS TO PLAINTIFFS CHRISTOPHER CLARK AND VICTOR WHITAKER**<br><br><br>Complaint Filed: February 14, 2008<br><br>Trial Date:       None Set |

　　　Upon reading and filing the Joint Stipulation of the parties hereto for the dismissal with prejudice of the claims of Plaintiffs CHRISTOPHER CLARK and VICTOR WHITAKER, and good cause appearing therefore,

UNITED EMPLOYEES LAW GROUP PC

1

ORDER DISMISSING CASE AS TO PLAINTIFFS CLARK and WHITAKER

1
2   IT IS HEREBY ADJUDGED, ORDERED AND DECREED that the actions on behalf of
3 Plaintiffs CHRISTOPHER CLARK and VICTOR WHITAKER be dismissed with prejudice, with
4 each party to bear their own attorney's fees and costs to achieve said dismissal. The Court shall retain
5 jurisdiction only to enforce the Stipulation between the parties.
6   **IT IS SO ORDERED.**
7
8 DATED: April 16, 2009
  _____
9   THE HONORABLE JEFFREY T. MILLER
    U. S. DISTRICT JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28