1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| CHRISTOPHER CLARK, JAMES RENICK, and VICTOR WHITAKER, individuals, | Case No. 08-CV-0500 JM RBB |
|---|---|
| Plaintiffs, | **ORDER GRANTING JOINT MOTION TO HOLD PLAINTIFF JAMES RENICK'S DEPOSITION AFTER THE DISCOVERY CUT-OFF AND TO MOVE THE SUMMARY JUDGMENT DEADLINE TO AUGUST 7, 2009** |
| v. | |
| CHASE HOME FINANCE, LLC, a Delaware LLC doing business in California; CHASE MANHATTAN MORTGAGE CORPORATION, a New Jersey corporation doing business in California; and DOES 1-25, | |
| Defendants. | |

OHS West:260669343.1

1      Upon reading the parties' Joint Motion To Hold Plaintiff James Renick's Deposition After The Discovery Cut-Off And To Move The Summary Judgment Deadline To August 7, 2009, and good cause appearing therefore,

      IT IS HEREBY ADJUDGED, ORDERED AND DECREED that (1) the deposition of Plaintiff James Renick shall go forward on June 23, 2009, and (2) the deadline for filing of a motion for summary judgment has been moved to August 7, 2009.

      IT IS SO ORDERED.

      Dated: June 3, 2009

_____
The Honorable Ruben B. Brooks
Magistrate Judge, United States District Court