1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| CHRISTOPHER CLARK, JAMES RENICK, and VICTOR WHITAKER, individuals, | Case No. 08-CV-0500 JM RBB |
|---|---|
| Plaintiffs, | **ORDER GRANTING JOINT MOTION TO HOLD PLAINTIFF JAMES RENICK'S DEPOSITION AFTER THE DISCOVERY CUT-OFF, ON JULY 22, 2009** |
| v. | |
| CHASE HOME FINANCE, LLC, a Delaware LLC doing business in California; CHASE MANHATTAN MORTGAGE CORPORATION, a New Jersey corporation doing business in California; and DOES 1-25, | |
| Defendants. | |

1    Upon reading the parties' Joint Motion To Hold Plaintiff James Renick's Deposition After
2    The Discovery Cut-Off, on July 22, 2009, and good cause appearing therefore,
3    IT IS HEREBY ADJUDGED, ORDERED AND DECREED that (1) the deposition of
4    Plaintiff James Renick shall go forward on July 22, 2009.
5    IT IS SO ORDERED.
6    Dated:  June 24, 2009

_____
The Honorable Ruben B. Brooks
Magistrate Judge, United States District Court