1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

11
12
13
14
15
16
17
18
19
20
21
22
23
24

| | |
|---|---|
| CHRISTOPHER CLARK, JAMES RENICK, and VICTOR WHITAKER individuals | ) Case No.    08 CV 0500 JM RBB ) ) **ORDER DISMISSING ACTION WITH** |
| Plaintiffs, | ) **PREJUDICE AS TO PLAINTIFF JAMES** ) **RENICK** ) |
| vs. | ) ) ) |
| CHASE HOME FINANCE, LLC a Delaware LLC doing business in California; CHASE MANHATTAN MORTGAGE CORPORATION, a New Jersey corporation doing business in California; and DOES 1-25, | ) ) ) Complaint Filed: February 14, 2008 ) ) Trial Date:        None Set ) ) |
| Defendant(s). | ) ) ) ) |

25
26
27
28

        Upon reading and filing the Joint Motion of the parties hereto for the dismissal with prejudice
of the claims of Plaintiff JAMES RENICK, and good cause appearing therefore,

///

///

1       IT IS HEREBY ADJUDGED, ORDERED AND DECREED that the action on behalf of

2 Plaintiff JAMES RENICK be dismissed with prejudice, with each party to bear their own attorney's

3 fees and costs to achieve said dismissal.

4       **IT IS SO ORDERED.**

5

6 DATED: August 26, 2009                     _____

7                                THE HONORABLE JEFFREY T. MILLER
U. S. DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28